UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | | |
|---|---|---|
| James D. Nichols, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 2:06cv 146 (DLB) |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT OF KIMBERLY K. NESS WITH RESPECT TO
COMPLIANCE WITH THE NOTICE PROCESS AND
ESTIMATED SETTLEMENT BENEFITS

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss. |
| COUNTY OF RICE | ) |

I, Kimberly K. Ness, declare as follows:

1.      I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust").  My business address is 201 South Lyndale, Faribault, Minnesota 55021.  My telephone number is (507) 333-4567.  I am over twenty-one years of age and authorized to make this affidavit on behalf of Rust and myself.

2.      I submit this report to inform the Court of the notification process in the above-captioned action (the "Proposed Settlement").  Except as otherwise stated, I am fully familiar with, and have personal knowledge of, the matters stated in this report.  If called as a witness, I am competent to testify to these matters.

3.     On October 8, 2007, Rust was provided with class data from Defendant containing, but not limited to, the names, addresses and insurance policy numbers for each known Class Member.  The initial class data contained 126,565 records that Rust used to create a database for administering the settlement process.

4.     After identifying and combining matching names in the initial class data of 126,565 records, a total of 54,917 addresses were processed through National Change of Address ("NCOA") service maintained by the U. S. Postal Service to reduce undeliverable mail by identifying change-of-address and Coding Accuracy Support System ("CASS") to evaluate the accuracy of an address and provide the post office address standardization.  Exact duplicate records were identified and combined resulting in a final Class List of 43,447 records.

5.     As required by the Class Action Fairness Act ("CAFA"), Notice is to be sent to the appropriate State and Federal Officials informing them of the proposed settlement and identifying the names of the Settlement Class Members.  On October, 8, 2007, Notice was sent to the United States Attorney General and to the Kentucky Insurance Commissioner that included a website for reviewing court documents and a compact disk containing names from the Class List.

6.     Rust received text for the Notice and Claim Form ("Class Notice") from Class Counsel. A draft of the Class Notice was prepared by Rust and approved by counsel.  A true and correct copy of the Class Notice is attached as Exhibit A.

7.     On October 18, 2007, Class Notices were mailed to 43,447 class members contained in the final Class List via First Class mail.

8.     The published form of notice ("Publication Notice") was designed as a plain language, black and white advertisement.  The Publication Notice provided important information regarding the subject of the litigation, the Class definition, the legal rights available to Class Members and a Web site address and toll-free number for Class Members to obtain further

2

information.  The Publication Notice appeared as an approximate 1/6-th page (5-3/4" x 7") advertisement in the October 15, 2007 issue of the top three circulating newspapers in Kentucky as follows:

      a.     On page A2 of the Lexington Herald-Leader, with an estimated circulation of 109,667;

      b.     On page B2 the Louisville Courier Journal with an estimated circulation of 179,700; and

      c.     On page B2/A11 of the Kentucky Enquirer/Cincinnati Post with an estimated circulation of 47,850.

The total cost for these publications was $6,723.00.   True and correct copies of the Publication Notice are attached as Exhibit B.

9.     On October 12, 2007, an interactive website was established at the domain www.kentuckysafeautosettlement.com ("settlement website") to enable Potential Class Members to get complete information on the Proposed Settlement.  The settlement website includes the Class Notice, Settlement Agreement and other information related to the settlement.  The following activity has been recorded on the settlement website through January 6, 2008:

      a.     853 Visitor Sessions;

      b.     425 attempts to download the Class Notice; and

      c.     479 attempts to download the Settlement Agreement.

10.     Class Counsel asked us to address online claim filing for this settlement.  In our experience, for settlements with similar numbers of class members, online claim filing is not generally provided as an option for class members.

11.     On October 12, 2007, Rust activated a toll-free number ("TFN"), 1-800-890-2760, offering a summary of the settlement and the option to request a form or return call. The TFN is

published in the Class Notice and remains open 24 per day, seven days per week. Through January 6, 2008, there have been 1,294 calls made to this TFN with 220 selecting the option to request a Class Notice. Of the 220 callers that selected the option to request a Class Notice, 168 left sufficient information to fulfill their requests. There were 455 callers that selected the option to receive a return call of which 340 left sufficient information to make a return call. All calls have been resolved and all requested Class Notices have been mailed.

12.     On October 2, 2007, Rust reserved a post office box under the name Safe Auto Settlement Claims Administrator, PO Box 1911, Faribault MN  55021-7166 to receive Claim Forms, Objections, Exclusion Requests, undeliverable and forward Class Notices and other class member communications. The following mail has been received at the PO Box through January 6, 2008:

      a.     2,180 completed Claim Forms;

      b.     350 returned Class Notices in which the Postal Service provided a forwarding address; and

      c.     14,390 returned undeliverable Class Notices of which Rust was able to trace and obtain a better address to remail the Class Notice to 4,757 Class Members.

13.     The percentage of undeliverable Class Notices is 22%. In my experience, undeliverable mail percentages can range from virtually nothing to greater than 35%.

14.     Pursuant to the Court's October 5, 2007 Order, the last day to object or submit a request for exclusion was November 26, 2007. This will advise the Court and Counsel that as of January 8, 2008, Rust received zero objections and zero requests for exclusion.

15.     Preliminary calculations have been completed. It is estimated that the amount of refund in excess of applicable tax rates is $187,858.05 for those Class Members that filed timely claim forms. Interest was calculated at $41,857.62 for a total benefit of $229,715.67. Additionally, it

is estimated that the amount of refund in excess of applicable tax rates during a 24 month period preceding Preliminary Approval is $294,450.64for active policyholders where a completed claim form was not received.  Interest was calculated at $44,253.67 for a total benefit of $338,704.31.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this _14th_ day of January, 2008 in Faribault, Minnesota.

_Kimberly K. Ness_

Kimberly K. Ness, Senior Project Administrator

Subscribed and sworn to me this _14_ day of January, 2008.

_Shirley A. Hanson_

Notary Seal

SHIRLEY A. HANSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

<u>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF KENTUCKY (COVINGTON)</u>

# A Class Action Settlement Involving Safe Auto Insurance Company, Will Provide Cash Payments to Persons Insured (or Who Were Insured) Who Qualify.

*A Court authorized this Notice.  This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been given preliminary approval in a class action lawsuit that alleges Safe Auto Insurance Company collected from its policyholders Kentucky local government premium taxes that were either not owed, or at rates higher than permitted, from June 22, 2001 to the present.

- You may be eligible for a payment if you qualify and submit a valid Claim Form.  Qualifying current policyholders of Safe Auto as of October 5, 2007, will receive a partial payment, possibly in the form of a credit to their premium charges, even if they do not submit a valid Claim Form.

- Your legal rights are affected whether you act or don't act.  **Please read this notice carefully**.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **Submit a Claim Form** | The way to get a payment if you qualify. |
| **Ask to Be Excluded** | Get no payment.  The only option that allows you to individually sue Safe Auto over the claims resolved by this settlement. |
| **Object** | Write to the Court about why you don't agree with the settlement. |
| **Go to a Hearing** | Ask to speak in Court about the settlement. |
| **Do Nothing** | Unless a current policyholder of Safe Auto as of October 5, 2007, get no payment.  Give up your rights. |

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

- This settlement will resolve all claims against Safe Auto that are part of the lawsuit.  The Court in charge of this case still has to decide whether to approve the settlement.  Payments will only be made if the Court approves the settlement, and any appeals are resolved.  Please be patient.

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-1-

## BASIC INFORMATION

**1.  Why was Notice issued?**

The U.S. District Court for the Eastern District of Kentucky, Northern Division (Covington), authorized this Notice because you have a right to know about a proposed settlement of this class action, including the right to claim money or refund credits, and about all of your options, before the Court decides whether to give "final approval" to the settlement.  If the Court approves the settlement, payment will be made to everyone who qualifies, most of whom will have to submit a valid Claim Form.  This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge David L. Bunning in the U.S. District Court for the Eastern District of Kentucky, Northern Division (Covington), is overseeing the lawsuit.  The case is known as *Nichols, et al. v. Progressive Direct Insurance Company, et al.*, Case No. 2:06cv146, but has also been consolidated for some purposes with a companion case titled *Kendrick, et al. v. Standard Fire Insurance Company, et al.*, Case No. 2:06cv141.  The person who sued Safe Auto Insurance Company (sometimes called "the Defendant") is named Jamie Brown (sometimes called "the Plaintiff").

**2.  What is this lawsuit about?**

The lawsuit claimed, among other things, that Safe Auto, and a number of other insurance companies doing business in the Commonwealth of Kentucky, collected from policyholders local government premium taxes that were either not owed, or at rates higher than permitted, from June 22, 2001 to the present. Safe Auto denies all claims of wrongdoing.

**3.  What is a Class Action, and why is this case a Class Action?**

In a class action, one or more people, called class representatives, sue on behalf of others with similar legal claims.  All of these people together are called a class or class members.  One court resolves the issues for all class members, except for those who specifically ask to be excluded from the class, since the wrong that was alleged by the class representatives applies equally to all class members.  This case was filed as a class action because it was believed that Safe Auto's method of determining how (or if) to apply Kentucky local government premium taxes was resulting in a number of policyholders being charged taxes that were not actually owed.

**4.  Why is there a Settlement?**

The Court did not decide in favor of the Plaintiff or of Safe Auto. Instead, both sides agreed to settle.  That way, they avoid the costs and uncertainty of proceeding toward a trial, and the affected people who qualify will get compensation.  The Class Representative and the attorneys for the class, who have substantial experience in class action cases, believe the settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

**5.  Who is included in the Class?**

You may be a member of the Class if, between June 22, 2001 and October 5, 2007, you paid an insurance policy premium payment to Safe Auto that included Kentucky local government premium taxes at rates higher than what you were legally required to pay.  In some cases, Settlement Class Members paid taxes when none were owed; in other cases, Settlement Class Members paid taxes at higher rates than what were required.

Since the Settlement Class Members, by definition, were at one time policyholders of Safe Auto, Safe Auto has expended substantial resources of time and money to analyze its policyholder data to determine which policyholders were overcharged on Kentucky local government premium taxes. Class Counsel has investigated to check the general accuracy of that analysis. This Notice is being sent to those policyholders, but is also being provided to other possible Settlement Class Members.

If you are unsure whether you are included in the Class, please call the toll free telephone number at the bottom of this page for information.

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-2-

## SETTLEMENT BENEFITS:  WHAT YOU GET IF YOU QUALIFY AS A SETTLEMENT CLASS MEMBER, AND HOW TO GET IT

### 6.  What does the Settlement provide?

Safe Auto has agreed to establish a Settlement Fund of $2,512,000 for Settlement Class Members' claims, attorneys' fees, costs and settlement notice and administration. All Settlement Class Members who timely submit a valid Claim Form shall be eligible to receive an award payment from the Settlement Fund equal to the full amount of premium tax paid during the Class Period, if any, in excess of applicable tax rates during that time period.

Regardless of whether a Claim Form is submitted, Settlement Class Members who are current policyholders as of the date the Court grants Preliminary Approval of this Settlement, shall receive a refund of the amount of premium tax paid, if any, in excess of applicable tax rates during the 24 month period preceding the Preliminary Approval Order. The benefit provided to Settlement Class Members who are current policyholders, but who do not submit a Claim Form, may be issued in the form of a credit against premiums due on recurring or renewal bills.

The calculation of the refunded amount of premium tax shall include simple interest at the rate of eight percent (8%).

If claims, attorneys' fees and other expenses exceed the amount of the Settlement Fund available to pay such items, then the payment to Settlement Class Members will be prorated after the close of the Claims Period.

Since the amount of overpayment differs from person to person, this Notice is not designed to advise you of the exact amount of your refund.  However, discovery and investigation has revealed that the average amount policyholders paid in excess of applicable tax is about $39.00.

### 7.  Are there any other benefits of the Settlement?

In addition to the cash benefits/refunds paid to Settlement Class Members as described above, Safe Auto has agreed to implement and maintain sufficient resources in the form of data, software, and personnel, to insure the accurate calculation, collection, and allocation of insurance premium taxes levied pursuant to the authority of Kentucky law, for future transactions.

### 8.  How do I get a cash payment?

To receive a cash payment, you must complete and return the Claim Form, a copy of which is included with this Notice.  The Claim Form requires you to confirm your identity, your current address, and that you were a Safe Auto policyholder during the time period covered by this Settlement.  You may also obtain a Claim Form online by visiting www.kentuckysafeautosettlement.com, or by calling 1-800-890-2760.

After you have completed the Claim Form, it must be mailed to:

Safe Auto Settlement Claims Administrator
P.O. Box 1911
Faribault, MN 55021-7166

The Claim Form *must be postmarked by **December 15, 2007.***

### 9.  If I do not return the Claim Form, will I still get benefits?

Only a limited category of Settlement Class Members will receive benefits without returning a Claim Form.  As part of the settlement, Settlement Class Members who are also policyholders of Safe Auto as of October 5, 2007, shall receive a refund even if no Claim Form is returned.

Settlement Class Members who are also current policyholders and do not return a Claim Form will only be entitled to a refund of the amount paid in excess of applicable tax rates, if any, during the 24 month period preceding the date the Settlement is preliminarily approved. These payments may be issued in the form of a credit to your Safe Auto account.

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-3-

## 10.  When do I get my payment?

Payments to eligible Settlement Class Members will be made no more than 180 days from the day the Court grants "final approval" of the settlement and appeals, if any, are decided.  If Judge Bunning approves the settlement after a Fairness Hearing on **January 29, 2008** (see the section "The Court's Fairness Hearing" below), there may be appeals.  It's always uncertain whether appeals can be resolved, and resolving them can take time.  Please be patient.

## 11.  What am I giving up to get a payment or stay in the Class?

Unless you specifically exclude yourself using the process described below, you are staying in the Class, and that means that you can't individually sue Safe Auto over the claims settled in _this_ case.  It also means that all of the Court's orders will apply to you and legally bind you.  If you submit a Claim Form, or simply stay in the Class, you will agree to "release and discharge" Safe Auto as described in Section 6 of the Settlement Agreement.  A complete copy of the Settlement Agreement can be obtained at www.kentuckysafeautosettlement.com.  The Settlement Agreement specifically describes the released claims in necessarily accurate legal terminology.  Talk to Class Counsel (see the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the released claims or what they mean.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement, but you want instead to keep the right to individually sue Safe Auto about the issues in _this_ case, then you must take steps to get out.  This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Class.

## 12.  How do I get out of the Settlement?

If you wish to be excluded from the Settlement Class, you must send in a Request for Exclusion by mail stating: (1) your name, address, and telephone number and (2) a statement that you wish to be excluded from the Settlement Class.  The Request for Exclusion must bear your signature. Requests for Exclusion must be sent to: Safe Auto Settlement Claims Administrator, P.O. Box 1911, Faribault, MN 55021-7166, and must be postmarked no later than midnight on **November 26, 2007**.  Failure to follow these instructions for requesting exclusion will result in a waiver of your right to exclude yourself from the Settlement Class.

## 13.  If I don't exclude myself, can I sue Safe Auto for the same thing later?

No.  Unless you exclude yourself, you give up any right to individually sue Safe Auto for the claims that this settlement resolves.  You must exclude yourself from _this_ Class to individually sue Safe Auto over the claims resolved by this Settlement.  Remember, the exclusion deadline is **November 26, 2007**.

## 14.  If I exclude myself, can I get a payment from this Settlement?

No.  If you exclude yourself, you may not submit a Claim Form to ask for a payment, and you will not receive any settlement benefits even if you would otherwise qualify as a Class Member.

## THE LAWYERS REPRESENTING YOU

## 15.  Do I have a lawyer in this case?

The Court appointed Alexander F. Edmondson and Jason V. Reed of Edmondson & Associates (Covington, KY); Christopher S. Nordloh of Nordloh Law Office, PLLC (Covington, KY); John C. Whitfield of Whitfield & Cox, P.S.C. (Madisonville, KY); and Gary E. Mason (Washington, D.C.) and Alexander E. Barnett (New York, NY) of The Mason Law Firm, L.L.P., to represent you and other Settlement Class Members as "Class Counsel."

You do not have to pay Class Counsel.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you must hire one at your own expense.

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-4-

### 16.  How will the lawyers be paid?

Class Counsel will request the Court to award attorneys' fees in an amount not to exceed $595,000.00 and an incentive payment to the Representative Plaintiff of $1,500.00.  If, after paying the costs, expenses, and attorneys' fees, the remaining Settlement Fund is not sufficient to pay the refunds to Settlement Class Members in full, then the refunds will be reduced on a pro rata basis.  If any amount of the Settlement Fund remains after claims, costs, expenses and fees have been paid, then the remaining balance will be returned to Safe Auto.

## OBJECTING TO THE SETTLEMENT

If you choose to stay in the Class, you can tell the Court if you don't agree with the Settlement, or some parts of it.

### 17.  How do I tell the Court if I don't agree with the Settlement, or part of it?

Only Settlement Class Members may object to the Settlement by filing a written objection with the Claims Administrator.  Objections must be sent to:  Safe Auto Settlement Claims Administrator, P.O. Box 1911, Faribault, MN 55021-7166, and must be postmarked no later than midnight on **November 26, 2007**.

You _cannot_ both request exclusion from and object to the Settlement. Only Settlement Class Members may object to the Settlement. The objection must include:

(1) Sufficient proof to determine membership in the Settlement Class;
(2) A statement of each objection asserted;
(3) A detailed description of the facts underlying each objection;
(4) A detailed description of the legal authorities supporting each objection;
(5) A statement of whether the objector intends to appear and argue at the Fairness Hearing and, if so, how long the objector anticipates needing to present the objection;
(6) A list of the exhibits which the objector may offer during the Fairness Hearing, along with copies of such exhibits.

Any Settlement Class Member who does not make and serve their written objection in the manner prescribed above will be deemed to have waived any objections.

## THE COURT'S FAIRNESS HEARING

### 18.  When and where will the Court decide whether to approve the Settlement?

The Court has given its preliminary approval to the proposed Settlement, has conditionally certified the Settlement Class, has approved appointment of a Class Representative and Settlement Class Counsel, and has directed the sending of this Notice.   However, the Court must still give "final approval" to the Settlement before the Settlement is effective.

The Court will hold a hearing in the United States District Court for the Eastern District of Kentucky, Covington Division (Courtroom 4W), 35 West Fifth Street, Covington, KY  41011, on January 29, 2008 at 10:00 a.m., to determine whether the Settlement is fair, reasonable and adequate.  The Court will also consider whether to allow or disallow the application for attorneys' fees, litigation expenses, and Class Representative's incentive award, and may also make other rulings incidental to the Settlement.

If there are any timely objections received by the Court, the Court will consider them at this time.  Judge Bunning may listen to people who have asked to speak about an objection according to Section 17, above.  However, you may not speak at the hearing if you have excluded yourself under Section 12, above.

Attendance at the hearing is not necessary; however, any Settlement Class Member having filed an objection and indicated a desire to speak may be allowed to do so. Settlement Class Members who support the proposed Settlement _do not_ need to appear at the hearing or take any other action to indicate their approval, as Class Counsel will be present to address any questions or concerns raised by Judge Bunning.  While you are certainly welcome to attend the Hearing, you must travel at your own expense.

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-5-

We do not know how long it will take Judge Bunning, following the Fairness Hearing, to approve or disapprove the Settlement.

## IF YOU DO NOTHING

**19.  What happens if I do nothing at all?**

If you do nothing, but are a Class Member, you will get no payment from this Settlement *unless* you are a current policyholder/customer of Safe Auto, and then you will receive only a limited benefit.  But, unless you exclude yourself, you won't be able to individually sue Safe Auto for the claims resolved in this case.

## GETTING MORE INFORMATION

**20.  How do I get more information on this Settlement, or the case in general?**

Any reference in this Notice to the pleadings or Orders in the case is only a summary.  Complete copies of the pleadings, orders, or other Court documents filed in this case may be examined and copied at any time during regular office hours at the offices of the Clerk of the U.S. District Court, Eastern District of Kentucky (Northern Division – Covington), 35 West Fifth Street, Covington, KY  41011.  The case name is *Nichols, et al. v. Progressive Direct Insurance Company, et al.*, Case No. 2:06cv146, which has also been consolidated for limited purposes with *Kendrick, et al. v. Standard Fire Insurance Company, et al.*, Case No. 2:06cv141.

Certain documents and information may also be available via Internet at www.kentuckysafeautosettlement.com.

If you have any questions concerning any matter raised in this Notice, please visit the website at www.kentuckysafeautosettlement.com, or call 1-800-890-2760.

### PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.

Dated:  October 18, 2007                    **By Order of the U.S. District Court for the**
                                                                    **Eastern District of Kentucky, Northern Division**

Questions?  Call 1-800-890-2760 or visit www.kentuckysafeautosettlement.com for more information.

-6-

# CLAIM FORM
# SAFE AUTO SETTLEMENT
### (Please Print Clearly)

☐        **I would like a payment from the Safe Auto Settlement.**

**Name:** _____

        *First*                     *Middle*                     *Last*

**Mailing Address:** _____

        *Street Address*

_____   _____   _____

*City*                                         *State*       *Zip Code*

**Phone Number:**    ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

**Months & Years (Between June 22, 2001 and
October 5, 2007) in Which I Was a Safe Auto Policyholder:**   ___ ___ *Months*  ___ ___ *Years*

**Policy Number (if known):** _____

*I hereby affirm, under penalty of perjury, that I was a policyholder of Safe Auto, and that the
information provided above is true and correct to the best of my knowledge and belief.*

**Date:**  ___ ___ / ___ ___ / ___ ___ ___ ___

**Signature:** _____

---

*** RETURN **BEFORE** December 15, 2007***

*TO:*  Safe Auto Settlement Claims Administrator
P.O. Box 1911
Faribault, MN 55021-7166

Safe Auto Settlement Claims Administrator
PO Box 1911
Faribault MN 55021-7166

Kinsella/Noack

## POP!

### 'Wire' creator shifts focus to New Orleans

**David Simon** has made the streets of Baltimore famous with gritty television dramas such as *The Wire, Homicide: Life on the Street* and *The Corner.* The next series he hopes to produce for HBO is about musicians reconstituting their lives in New Orleans, he told *The New Yorker* for its issue hitting newsstands today. A goal of the show will be to celebrate the glories of an American city, Simon said. The fifth and final season of HBO's *The Wire* begins in January.

### Dylan coming to Louisville

Rock 'n' roll's unofficial poet laureate, **Bob Dylan**, is scheduled to play to a sold-out house at Cincinnati's Taft Theatre tonight. Then, after a night off, he's headed for Louisville's Freedom Hall on Wednesday, where fellow icon **Elvis Costello** will warm up the crowd for him.



Dylan

### Rapper T.I. wins two awards

Despite rapper **T.I.**'s absence, the show went on at the second-annual BET Hip-Hop Awards. The self-proclaimed "King of the South," who was up for nine nominations, won two awards. But he couldn't accept any trophies or make his planned performance. T.I. was taken into custody in a shopping center parking lot where federal officials said he planned to pick up machine guns and silencers he had his bodyguard buy for him.

### 'View' co-host to take leave

**Elisabeth Hasselbeck**, a co-host of ABC's *The View,* will go on maternity leave beginning Nov. 8 or Nov. 9, spokesman Karl Nilsson said. Various celebrity guests will fill in for her while she is on leave, he said.
— HERALD-LEADER WIRE SERVICES

### CELEB BIRTHDAYS



Jackson

Actress **Linda Lavin** (Alice) is 70. Actress-director **Penny Marshall** is 65. Musician **Richard Carpenter** of the Carpenters is 61. Singer **Tito Jackson** is 54. Actress **Tanya Roberts** (*That '70s Show*) is 52. TV chef **Emeril Lagasse** is 48. Singer **Ginuwine** is 37. Singer **Keyshia Cole** is 26. Actor **Vincent Martella** (*Everybody Hates Chris*) is 15.

### BOX OFFICE

Estimated ticket sales for Friday through yesterday at U.S. and Canadian theaters, according to Media By Numbers LLC. Final figures will be released Monday.

1. *Tyler Perry's Why Did I Get Married?,* $21.5 million.
2. *The Game Plan,* $11.5 million.
3. *Michael Clayton,* $11.01 million.
4. *We Own the Night,* $11 million.
5. *The Heartbreak Kid,* $7.4 million.
6. *Elizabeth: The Golden Age,* $6.2 million.
7. *The Kingdom,* $4.6 million.
8. *Across the Universe,* $4 million.
9. *Resident Evil: Extinction,* $2.65 million.
10. *The Seeker: The Dark Is Rising,* $2.15 million.
— ASSOCIATED PRESS

---

**1,000 WORDS** | A WINNING STRIDE



Boy photo reprints at Kentucky.com      CHARLES BERTRAM | cbertram@herald-leader.com

Garrett Gomez walked back to the jockey room after riding Stylish Wildcat to victory in the $114,900 Buffalo Trace Franklin County Stakes at Keeneland on Friday. View this and other photos at our online Week in Pictures.

**Share your photos with us.** Do you have a great photo you'd like to see featured in 1,000 Words? E-mail us a jpg image, 200 dpi and 10 inches in its longest dimension to hlphoto@herald-leader.com. Put 1,000 Words in the subject line. Be sure to include when and where the photo was taken, the names of people pictured and your name and phone number. No posed family photos, please. Being featured in 1,000 Words is your reward.

---

### ASK US | ANSWERS TO YOUR QUESTIONS

## Mystery of the little squares solved



LU-ANN FARRAR
AND LINDA NIEMI
HERALD-LEADER NEWS RESEARCHERS

**Got a question?** Visit the Ask Us blog at Kentucky.com.

**By mail:** We're also glad to get your questions by mail. Send letters to Ask Us, Lexington Herald-Leader, 100 Midland Avenue, Lexington, Ky. 40508

#### Tax time

**Question:** When I returned from vacation in July, I noticed little black squares of some sort, might be rubber, on the streets of Lexington. They were about 10 inches or so across and attached to the middle of the lane. Any idea what these things are?

**Answer:** The mystery is solved! Those are actually traffic counters — devices typically placed at intersections to keep track of how many vehicles pass through at different times, according to the Lexington traffic engineering office.

**Q:** Why are property taxes two weeks late this year? Does it have something to do with the new school tax?

**A:** According to the Fayette County Clerk's office, the property tax bills are delayed only a few days past when they normally are sent. In fact, the delay has been a good thing for taxpayers (besides hanging on to your money longer). By delaying a few days, the county avoided having to send out two tax bills to residents — a bill for the school tax and one for property tax. It was good timing

that the school tax issue was resolved just when the bills were ready for mailing. Watch you mailbox, your bill will appear there soon.

#### Barbarians at the gate?

**Q:** The bed-and-breakfast at the Castle on Versailles Road was supposed to open in August. What happened?

**A:** According to a representative of Meridian Communications, the target date for opening is early next year — hopefully in January.

A fire destroyed the house in 2004. The owner, Miami lawyer and University of Kentucky graduate Thomas Post, is renovating the castle and intends to open it up as a tourist home and a bed-and-breakfast. No word yet on how much Post will spend on the renovation, but he paid $1.8 million for the castle property. The castle will accommodate paying guests but will not be open to the public as a museum for tours.

---

### COMING UP | THIS WEEK

**Tuesday's Health | Family:** When does the need to mourn the dead outweigh respect for the living? Merlene Davis explores the topic in her column. **Sports:** Staff writer Rick Bailey visits with the University of Louisville as Coach Rick Pitino's team conducts its annual media day. ■ High school volleyball and soccer regionals begin Monday across Kentucky.

**Wednesday's Communities:** Kentucky natives make their home in Europe. **Thursday's Free Time:** Amy Wilson explores a group at the High Street YMCA that finds fun and "family" in water aerobics. **Friday's Weekender:** Although still packing houses, Nickel Creek is splitting up. **Sports:** New head coach Matthew Mitchell

unveils his first University of Kentucky women's basketball team when the squad holds its media day on Thursday. **Saturday's Inside | Out:** Ashland Park home tour highlights the melding of the new with the old. **Faith | Values:** An Ohio couple creates artwork of Jesus with pets. **Sports:** The University of Kentucky football team prepares for another monumental Southeastern Conference showdown as the Florida Gators come to town on Saturday.

---

### YESTERDAY'S MOST READ STORIES ON ...

Kentucky.com

1. THIS IS A TOPPER
2. BELIEVE, INDEED
3. After UK victory, rush from stands, party hits streets
4. College football polls (updated Sunday afternoon)
5. Brooks' turnaround is nothing short of amazing
6. Book recalls great basketball moments
7. Cats hand LSU its own dose of disbelief
8. 'Biggest play of my life'
9. UK upsets No. 1 LSU in 3 OTs
10. Person found dead inside burning downtown Lexington building

For the latest news and information, visit Kentucky.com.

### E-MAIL US

**GET THE PAPER**
■ For home delivery, vacation stop requests and back issues: circulation@herald-leader.com

**MAKE ANNOUNCEMENTS**
■ To place wedding, engagement and anniversary notices: hlcelebrations@herald-leader.com
■ To place an obituary: hlobits@herald-leader.com

**BUY ADVERTISING**
■ To place a classified ad: hlclass@herald-leader.com
■ To buy an online ad: smeyers@herald-leader.com
■ To place a retail ad: hladvertising@herald-leader.com

**TALK TO THE NEWSROOM**
■ To Ask Us or access our news and archives: hlresearch@herald-leader.com
■ To submit notices and tips to A la Carte, Health | Family, and Inside | Out: sschrer@herald-leader.com
■ To submit notices and tips for Weekender, Arts•Life and Free Time: sshive@herald-leader.com
■ To offer a news tip for Lexington and the Bluegrass: hlcityregion@herald-leader.com
■ To offer business tips and notices: hlbusiness@herald-leader.com
■ To talk about state politics: jstamper@herald-leader.com
■ To submit items for Communities: hlcommunity@herald-leader.com
■ To submit items for Faith | Values: rrichardson@herald-leader.com
■ To report errors: hlcityregion@herald-leader.com
■ To send a letter to the editor: hleditorial@herald-leader.com
■ For photo reprints: Visit Kentucky.com
■ To send in a sports score: hlsports@herald-leader.com

---

**Nurses across the country Stand In Solidarity with the APH RNs**

Legal Notice

**Safe Auto Insurance Policyholders in Kentucky:**
**A Proposed Class Action Settlement May Affect Your Rights.**

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company,* No. 06-CV-146 (DLB). This notice is a

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees

Despite rapper T.I.'s absence, the show went on at the second-annual BET Hip-Hop Awards. The self-proclaimed "King of the South," who was up for nine nominations, won two awards. But he couldn't accept any trophies or make his planned performance. T.I. was taken into custody in a shopping center parking lot where federal officials said he planned to pick up machine guns and silencers he had his bodyguard buy for him.

### 'View' co-host to take leave

Elisabeth Hasselbeck, a co-host of ABC's *The View*, will go on maternity leave beginning Nov. 8 or Nov. 9, spokesman Karl Nilsson said. Various celebrity guests will fill in for her while she is on leave, he said.

HERALD-LEADER WIRE SERVICES

### CELEB BIRTHDAYS



Jackson

Actress Linda Lavin (Alice) is 70. Actress-director Penny Marshall is 65. Musician Richard Carpenter of the Carpenters is 61. Singer Tito Jackson is 54. Actress Tanya Roberts (*That '70s Show*) is 52. TV chef Emeril Lagasse is 48. Singer Ginuwine is 37. Singer Keyshia Cole is 26. Actor Vincent Martella (*Everybody Hates Chris*) is 15.

### BOX OFFICE

Estimated ticket sales for Friday through yesterday at U.S. and Canadian theaters, according to Media By Numbers LLC. Final figures will be released today.

1. *Tyler Perry's Why Did I Get Married?*, $21.5 million.
2. *The Game Plan*, $11.5 million.
3. *Michael Clayton*, $11.01 million.
4. *We Own the Night*, $11 million.
5. *The Heartbreak Kid*, $7.4 million.
6. *Elizabeth: The Golden Age*, $6.2 million.
7. *The Kingdom*, $4.6 million.
8. *Across the Universe*, $4 million.
9. *Resident Evil: Extinction*, $2.65 million.
10. *The Seeker: The Dark Is Rising*, $2.15 million.

ASSOCIATED PRESS

---

Buy photo reprints at Kentucky.com

CHARLES BERTRAM | cbertram@herald-leader.com

Garrett Gomez walked back to the jockey room after riding Stylish Wildcat to victory in the $114,900 Buffalo Trace Franklin County Stakes at Keeneland on Friday. View this and other photos at our online Week in Pictures.

**Share your photos with us.** Do you have a great photo you'd like to see featured in 1,000 Words? E-mail us a jpg image, 200 dpi and 10 inches in its longest dimension to hlphoto@herald-leader.com. Put 1,000 Words in the subject line. Be sure to include when and where the photo was taken, the names of people pictured and your name and phone number. No posed family photos, please. Being featured in 1,000 Words is your reward.

## ASK US | ANSWERS TO YOUR QUESTIONS

# Mystery of the little squares solved



**LU-ANN FARRAR AND LINDA NIEMI**
HERALD-LEADER NEWS RESEARCHERS

**Kentucky.com**

Got a question? Visit the Ask Us blog at Kentucky.com:

**By mail:** We're also glad to get your questions by mail. Send letters to Ask Us, Lexington Herald-Leader, 100 Midland Avenue, Lexington, Ky. 40508

**Question:** When I returned from vacation in July, I noticed little black squares of some sort, might be rubber, on the streets of Lexington. They were about 10 inches or so across and attached to the middle of the lane. Any idea what these things are?

**Answer:** The mystery is solved! Those are actually traffic counters — devices typically placed at intersections to keep track of how many vehicles pass through at different times, according to the Lexington traffic engineering office.

### Tax time

Q: Why are property taxes two weeks late this year? Does it have something to do with the new school tax?

A: According to the Fayette County Clerk's office, the property tax bills are delayed only a few days past when they normally are sent. In fact, the delay has been a good thing for taxpayers (besides hanging on to your money longer). By delaying a few days, the county avoided having to send out two tax bills to residents — a bill for the school tax and one for property tax. It was good timing

that the school tax issue was resolved just when the bills were ready for mailing. Watch your mailbox, your bill will appear there soon.

### Barbarians at the gate?

Q: The bed-and-breakfast at the Castle on Versailles Road was supposed to open in August. What happened?

A: According to a representative of Meridian Communications, the target date for opening is early next year — hopefully in January.

A fire destroyed the house in 2004. The owner, Miami lawyer and University of Kentucky graduate Thomas Post, is renovating the castle and intends to open it up as a tourist home and a bed-and-breakfast. No word yet on how much Post will spend on the renovation, but he paid $1.8 million for the castle property. The castle will accommodate paying guests but will not be open to the public as a museum or for tours.

## COMING UP | THIS WEEK

**Tuesday's Health | Family:** When does the need to mourn the dead outweigh respect for the living? Merlene Davis explores the topic in her column. **Sports:** Staff writer Rick Bailey visits with the University of Louisville as Coach Rick Pitino's team conducts its annual media day. **m** High school volleyball and soccer regionals begin Monday across Kentucky.

**Wednesday's Communities:** Kentucky natives make their home in Europe.

**Thursday's Free Time:** Amy Wilson explores a group at the High Street YMCA that finds fun and "family" in water aerobics.

**Friday's Weekender:** Although still packing houses, Nickel Creek is splitting up. **Sports:** New head coach Matthew Mitchell

unveils his first University of Kentucky women's basketball team when the squad holds its media day on Thursday.

**Saturday's Inside | Out:** Ashland Park home tour highlights the melding of the new with the old. **Faith | Values:** An Ohio couple creates artwork of Jesus with pets. **Sports:** The University of Kentucky football team prepares for another monumental Southeastern Conference showdown as the Florida Gators come to town on Saturday.

---

### E-MAIL US

GET THE PAPER
■ For home delivery, vacation stop requests and back issues: circulation@herald-leader.com

MAKE ANNOUNCEMENTS
■ To place wedding, engagement and anniversary notices: hlcelebrations@herald-leader.com
■ To place an obituary: hlobits@herald-leader.com

BUY ADVERTISING
■ To place a classified ad: hlclass@herald-leader.com
■ To buy an online ad: smeyers@herald-leader.com
■ To place a retail ad: hladvertising@herald-leader.com

TALK TO THE NEWSROOM
■ To Ask Us or access our news archives: hlresearch@herald-leader.com
■ To submit notices and tips to A la Carte, Health | Family, and Inside | Out: sscherer1@herald-leader.com
■ To submit notices and tips for Weekender, Arts•Life and Free Time: sshive@herald-leader.com
■ To offer a news tip for Lexington and the Bluegrass: hlcityregion@herald-leader.com
■ To offer business tips and notices: hlbusiness@herald-leader.com
■ To talk about state politics: jstamper@herald-leader.com
■ To submit items for Communities: hlcommunity@herald-leader.com
■ To submit items for Faith | Values: richardson@herald-leader.com
■ To report errors: hlcityregion@herald-leader.com
■ To send a letter to the editor: hleditorial@herald-leader.com
■ For photo reprints: Visit Kentucky.com
■ To send in a sports score: hlsports@herald-leader.com

---

Legal Notice

## Nurses across the country Stand In Solidarity with the ARH RNs

ARH RNs stand up for their patients and communities...for staffing and care that are safe, even when their jobs are at risk.

Where does ARH stand? For their bottom line.

UAN
UNITED AMERICAN NURSES, AFL-CIO

Call ARH CEO Jerry Haynes at (859) 226-2440 and tell him to start listening to ARH nurses and put patients first.

A message from the 115,000 RNs of the United American Nurses, AFL-CIO

## Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company*, No. 06-CV-146 (DLB). This notice is a summary of your rights. To get complete information, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760.

**What is this Case About?**
The lawsuit claims that Safe Auto Insurance Company ("Safe Auto") and a number of other insurance companies in Kentucky collected from their policyholders local taxes that were either not owed or were at rates higher than permitted. The lawsuit seeks damages dating back to June 22, 2001.

The Settling Defendant is Safe Auto. There are other defendants in the lawsuit that have not settled yet. The lawsuit will continue against those defendants. Safe Auto denies all claims of wrongdoing and agreed to the Proposed Settlement to avoid the further expense, inconvenience and burden of this lawsuit.

**Who Is a Class Member?**
You are a Member of the Settlement Class if:
• You are an individual or corporation in Kentucky who purchased insurance from Safe Auto, and
• You paid local government taxes on your payments of premiums that were either not owed or at rates higher than permitted.

**What Are the Terms of the Proposed Settlement?**
Safe Auto has agreed to establish a Settlement Fund of $2,512,000. If you submit a timely and valid Claim Form, you will be eligible to receive a full refund of any overpaid taxes. If you are a current Safe Auto policyholder, you will automatically get back any taxes you overpaid in the last 24 months – even if you do not complete a Claim Form. Safe Auto has the right to issue these refunds in the form of a credit to your existing account. Refunded amounts will include 6% interest.

If the Fund does not have enough money to pay back all refunds in full, all refunds will be reduced proportionately.

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will repeat the Court to award attorneys' fees in an amount not to exceed $595,000 and an incentive payment to the Class Representative of $1,500. These fees will be deducted from the Fund. You may have your own attorney if you wish. However, you will be responsible for your attorney's fees and expenses.

**What Are My Rights?**
• If you wish to remain a member the Class, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue Safe Auto for any claims covered by the Proposed Settlement. If you stay in the Class, you can file a Claim.
• You can file a Claim for a full refund of overpaid taxes if you remain in the Class. To make a claim you must complete a Claim Form and mail it to the Claims Administrator as explained in the full Notice. Your Claim Form must be postmarked no later than December 15, 2007.
• If you do not wish to be a member of the Class, you must sign and send a letter asking to be excluded as outlined in the full Notice. The letter must be postmarked no later than November 26, 2007.
• You or your lawyer can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is postmarked no later than November 26, 2007, as outlined in the full Notice.

For complete information about how to file a claim, exclude yourself or object, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760 to get the full Notice.

**Will the Court Approve The Proposed Settlement?**
The Court will hold a Fairness Hearing to determine if the Proposed Settlement is fair, reasonable and adequate, and to consider the motion for attorneys' fees and expenses on January 29, 2008, at 10:00 a.m. in Courtroom 4W, United States District Court for Eastern District of Kentucky, 35 West Fifth Street, Covington, KY 41011.

**For More Information and to obtain the full Notice or a Claim Form Visit: www.KentuckySafeAutoSettlement.com or call: 1-800-890-2760**

Kinsella



This 1952 pumper gave trips around the block during the 24th annual Great Louisville Fire Drill. The event marked the end of Fire Prevention Week and attracted thousands of people for free food, educational displays and games.

*By Melissa Gagliardi, The Courier-Journal*

## DRILL | Waterfront Park event teaches families fire safety

Continued from B1

smoke detectors and bicycles, were awarded to participants, who learned time-honored safety phrases such as "Get low," and "Stop, drop and roll." Jo Sugrue of Bardstown attended with husband Mike, daughter Georgina, 5, and son William, 3. She said she was impressed by how well the event was put together.

"It's amazing," she said. "It's great for kids to have these hands-on lessons."

Capt. Ronel Brown, public information coordinator for the fire department, said that past events have drawn 3,000 people, and he expected yesterday's nice weather to attract a similar crowd. He said he hopes people will make use of the lessons at the event.

According to the fire department, there were 933 structure fires in the Louisville area last year, which is 205 more than 2005. That amounted to an estimated loss of property valued at more than $14 million.

The theme for the event this year was "Practice your escape," and families were encouraged to have a plan for getting out of their home in case of fire.

"Knowing what to do in the event you have a fire can prevent injuries and save lives," Brown said.

*Reporter Melissa Gagliardi can be reached at (502) 582-4112.*

**ON THE WEB**

To see a gallery of photos, go to www.courier-journal.com/localnews



Children enjoyed bouncing and flying in an inflatable room at yesterday's event at Waterfront Park.

*By Bill Luster, The Courier-Journal*

## FESTIVAL | History depicted boldly

Continued from B1

skit — but that it's worth it to "let people know some of what they went through."

Added Andrea Saylor, executive director of Farmington: "It's our duty as historians to be committed to telling the whole story of the plantation, not just the planter family."

Speed Stodghill, chairman of Farmington's board of regents and a Speed descendent, agreed.

"I don't feel uneasy as a Speed" witnessing such presentations, he said. "I feel uneasy as a human being."

Miller noted that the Speeds, like many families, had a complicated relationship with slavery — sustained by it but producing both pro-slavery and abolitionist members.

The home is gearing up to help commemorate the bicentennial celebrations of the Kentucky birth of Abraham Lincoln — a friend of the Speed family.

His three-week stay at Farmington in 1841 was his most extended exposure to planta-

*"I don't feel uneasy as a Speed" witnessing such presentations. "I feel uneasy as a human being."*

**SPEED STODGHILL**, descendent of plantation owner John Speed

tion life, according to Miller.

"It was sort of an epiphany, if you will," Saylor said. "It concentrated his views on slavery, because Lincoln was sort of an evolving abolitionist."

The archaeological fragments that Riley and other children worked on came from the site of a plantation outbuilding where slaves once lived.

"What we learn about is how slaves lived in Jefferson County, how slaves created their own culture outside of the white culture," said Lori Stahlgren, a Syracuse University graduate student who is researching slave artifacts at Farmington and other Jefferson County plantation sites.

She noted that slave artifacts found at multiple sites around the county incorporate

"X" symbols, which she said could be a Christian cross — but could also be a West African religious symbol for the cosmos.

There were other history lessons as well at the annual festival.

Miguel Reyes, 11, practiced making candles and said he was amazed to learn how long it took people in the past to make them.

And Les and Ann Harding of Brazil, Ind., wearing period costumes, showed people how long it took to spin linen out of flax.

"It's very labor-intensive," Ann Harding said.

Organizers said the harvest festival draws more members of the public to the Farmington grounds than any event on the calendar.

Ferrell Browder of Louisville was among those taking advantage of the opportunity.

"It's real interesting," he said. "It's the first time I've been here."

*Reporter Peter Smith can be reached at (502) 582-4469.*



# Gutter Helmet

"THE NAME YOU HAVE | TRUSTED FOR 25 YEARS"
by Classic Home Center

USE THIS COUPON AND RECIEVE

## 33% OFF

NEW CONTRACTS ONLY.
EXPIRES 10/27/2007

**The First. The Best. The #1.**
Gutter Protection System In The World

CALL NOW TO SCHEDULE YOUR
**FREE ESTIMATE**
671-6949 OR   LEXINGTON 859-258-9456
1-800-594-0168

# Forget What You Thought You Knew About Hearing Loss And Hearing Aids



Join

## Dr. David Cunningham

Professor of Audiology from the University of Louisville School of Medicine

for a
Free Public Seminar

## "The Latest in Achieving Better Hearing"

**Wednesday, October 17**
2-3:30 p.m.
Best Western Brownsboro

**Friday, October 19**
10-11:30 a.m.
Breckenridge Inn on Breckenridge

Refreshments Served • Call Today to Reserve a Seat
Call (502) 459-3119 or 1-800-578-0444



# $189

Any Size Installed - White Double Hung

NuSASH
Windows Since 1934

Window City
"Your Home for Quality and Value"
(502) 671-7201
12 months, no interest • 1024 Production Ct.

**Legal Notice**

# Safe Auto Insurance Policyholders in Kentucky:
## A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company*, No. 06-CV-146 (DLB). This notice is a summary of your rights. To get complete information, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760.

**What Is this Case About?**

The lawsuit claims that Safe Auto Insurance Company ("Safe Auto") and a number of other insurance companies in Kentucky collected from their policyholders local taxes that were either not owed or were at rates higher than permitted. The lawsuit seeks damages dating back to June 22, 2001.

The Settling Defendant is Safe Auto. There are other

**Who Represents Me?**

The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees/costs not to exceed $595,000 and an incentive payment to the Class Representative of $1,500. These fees will be deducted from the Fund. You may have your own attorney if you wish. However, you will be responsible for your attorney's fees and expenses.

**What Are My Rights?**

• If you wish to remain a member the Class, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue Safe Auto for any claims covered by the Proposed Settlement. If you stay in the Class, you can file a Claim.

• You can file a Claim for a full refund of overpaid taxes



This 1952 pumper gave trips around the block during the 24th annual Great Louisville Fire Drill. The event marked the end of Fire Prevention Week and attracted thousands of people for free food, educational displays and games.

*By Melissa Gagliardi, The Courier-Journal*

# DRILL | Waterfront Park event teaches families fire safety

**Continued from B1**

smoke detectors and bicycles, were awarded to participants, who learned time-honored safety phrases such as "Get low," and "Stop, drop and roll." Josugrue of Bardstown attended with husband Mike, daughter Georgina, 5, and son William, 3. She said she was impressed by how well the event was put together.

"It's amazing," she said. "It's great for kids to have these hands-on lessons."

Capt. Ronel Brown, public information coordinator for the fire department, said that past events have drawn 3,000 people, and he expected yesterday's nice weather to attract a similar crowd. He said he hopes people will make use of the lessons at the event.

According to the fire department, there were 933 structure fires in the Louisville area last year, which is 205 more than 2005. That amounted to an estimated loss of property valued at more than $14 million.

The theme for the event this year was "Practice your escape," and families were encouraged to have a plan for getting out of their home in case of fire.

"Knowing what to do in the event you have a fire can prevent injuries and save lives," Brown said.

*Reporter Melissa Gagliardi can be reached at (502) 582-4117.*

**ON THE WEB**
To see a gallery of photos, go to www.courier-journal.com/localnews



Children enjoyed bouncing and flying in an inflatable room at yesterday's event at Waterfront Park.

*By Bill Luster, The Courier-Journal*

**The First. The Best. The #1.**

Gutter Protection System In The World

CALL NOW TO SCHEDULE YOUR
**FREE ESTIMATE**

**671-6949** OR LEXINGTON 859-258-9456
1-800-594-0168

**Forget What You Thought You Knew About Hearing Loss And Hearing Aids**

Join

**Dr. David Cunningham**

*Professor of Audiology from the University of Louisville School of Medicine*

for a

**Free Public Seminar**

**"The Latest in Achieving Better Hearing"**

Wednesday, October 17
2-3:30 p.m.
Best Western Brownsboro

Friday, October 19
10-11:30 a.m.
Breckenridge Inn on Breckenridge

Refreshments Served • Call Today To Reserve A Seat
Call (502) 459-3119 or 1-800-578-0444

# FESTIVAL | History depicted boldly

**Continued from B1**

skit — but that it's worth it to "let people know some of what they went through."

Added Andrea Saylor, executive director of Farmington: "It's our duty as historians to be committed to telling the whole story of the plantation, not just the plantation family."

Speed Stodghill, chairman of Farmington's board of regents and a Speed descendant, agreed.

"I don't feel uneasy as a Speed" witnessing such presentations, he said. "I feel uneasy as a human being."

Miller noted that the Speeds, like many families, had a complicated relationship with slavery — sustained by it but producing both pro-slavery and abolitionist members.

The home is gearing up to help commemorate the bicentennial celebrations of the Kentucky birth of Abraham Lincoln — a friend of the Speed family.

His three-week stay at Farmington in 1841 was his most extended exposure to planta-

*"I don't feel uneasy as a Speed" witnessing such presentations. "I feel uneasy as a human being."*

**SPEED STODGHILL,** descendent of plantation owner John Speed

tion life, according to Miller.

"It was sort of an epiphany, if you will," Saylor said. "It concentrated his views on slavery, because Lincoln was sort of an evolving abolitionist."

The archaeological fragments that Riley and other children worked on came from the site of a plantation outbuilding where slaves once lived.

"What we learn about is how slaves lived in Jefferson County, how slaves created their own culture outside of the white culture," said Lori Stahlgren, a Syracuse University doctoral student who is researching slave artifacts at Farmington and other Jefferson County plantation sites.

She noted that slave artifacts found at multiple sites around the county incorporate

"X" symbols, which she said could be a Christian cross but could also be a West African religious symbol for the cosmos.

There were other history lessons as well at the annual festival.

Miguel Reyes, 11, practiced making candles and said he was amazed to learn how long it took people in the past to make them.

And Les and Ann Harding of Brazil, Ind., wearing period costumes, showed people how long it took to spin linen out of flax.

"It's very labor-intensive," Ann Harding said.

Organizers said the Harvest festival draws more members of the public to the Farmington grounds than any event on the calendar.

"It's real interesting," he said. "It's the first time I've been here."

*Reporter Peter Smith can be reached at (502) 582-4469.*

# METRO BRIEFS

## Shepherdsville woman killed by gunshot wound

Police in Shepherdsville are investigating a shooting that left a woman dead Saturday night.

Kimberly Hallman, who was in her early 20s, died of a single gunshot wound, according to Bullitt County Deputy Coroner Morris Proffitt.

No charges have been filed. The shooting happened at her home on Miles Drive off Beech Grove Road. Police received a call at 8:18 p.m.

Sgt. Kenneth Bernardi, of the Shepherdsville Police Department, said the woman's husband, who was not identified, was taken to University Hospital in Louisville for men-

tal evaluation after the incident.

Bernardi said that it's too early to say if the case is a homicide but that police would discuss it with the commonwealth's attorney today.

## Louisville man charged in Oct. 2 shooting death

A 25-year-old Louisville man was arrested yesterday and charged with murder and tampering with physical evidence in the Oct. 2 shooting death of Charles Mitchell III, Louisville Metro Police said.

Robert George Thomas Jr. was being held in lieu of $500,000 cash bond last night at Metro Corrections.

Mitchell, 26, was found shot inside a Dodge Intrepid in the

parking lot of the St. Andrews Park apartment complex in the 6900 block of Brooklawn Drive.

On Thursday, police arrested Ebonie Phillips, 25, of Louisville in connection with the case.

Thomas told Phillips that Mitchell robbed him recently and that Thomas was going to retaliate, according to an arrest slip cited by Officer Phil Russell, a police spokesman.

Russell said Thomas and Phillips spoke in numerous phone calls just before the shooting, which he said enabled Thomas to locate and kill Mitchell.

The evidence charge stems from Thomas' allegedly fleeing with the weapon, Russell said.

**$189**
Any Size Installed - White Double Hung

**NuSASH**
Building Since 1934

Window City
*Your Home For Quality and Value*

(502) 671-7201
12 months, no interest • 1924 Production Rd.

**Legal Notice**

## Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company,* No. 06-CV-146 (DLB). This notice is a summary of your rights. For complete information, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760.

**What is this Case About?**
The lawsuit claims that Safe Auto Insurance Company ("Safe Auto") and a number of other insurance companies in Kentucky collected from their policyholders local taxes that were either not owed or were at rates higher than permitted. The lawsuit seeks damages dating back to June 22, 2001.

The Settling Defendant is Safe Auto. There are other defendants in the lawsuit that have not settled yet. The lawsuit will continue against those defendants. Safe Auto denies all claims of wrongdoing and agreed to the Proposed Settlement to avoid the further expense, inconvenience and burden of this lawsuit.

**Who Is a Class Member?**
You are a Member of the Settlement Class if:
• You are an individual or corporation in Kentucky who purchased insurance from Safe Auto, and
• You paid local government taxes on your payments of premiums that were either not owed or at rates higher than permitted.

**What Are the Terms of the Proposed Settlement?**
Safe Auto has agreed to establish a Settlement Fund of $2,512,000. If you submit a timely and valid Claim Form, you will be eligible to receive a full refund of any overpaid taxes. If you are a current Safe Auto policyholder, you will automatically get back any taxes you overpaid in the last 24 months – even if you do not complete a Claim Form. Safe Auto has the right to issue these refunds in the form of a credit to your existing account. Refunded amounts will include 8% interest.

If the Fund does not have enough money to pay back all refunds in full, all refunds will be reduced proportionately.

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees in an amount not to exceed $595,000 and an incentive payment to the Class Representative of $1,500. These fees will be deducted from the Fund. You may have your own attorney if you wish. However, you will be responsible for your attorney's fees and expenses.

**What Are My Rights?**
• **If you wish to remain a member the Class,** you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue Safe Auto for any claims covered by the Proposed Settlement. If you stay in the Class, you can file a Claim.

• **You can file a Claim for a full refund of overpaid taxes** if you remain in the Class. To make a claim you must complete a Claim Form and mail it to the Claims Administrator as explained in the full Notice. Your Claim Form must be postmarked no later than **December 15, 2007.**

• **If you do not wish to be a member of the Class,** you must sign and send a letter asking to be excluded as outlined in the full Notice. The letter must be postmarked no later than **November 26, 2007.**

• **You or your lawyer can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is postmarked no later than **November 26, 2007,** as outlined in the full Notice.

For complete information on how to file a claim, exclude yourself or object, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760 to get the full Notice.

**Will the Court Approve The Proposed Settlement?**
The Court will hold a Fairness Hearing to determine if the Proposed Settlement is fair, reasonable and adequate, and to consider the motion for attorneys' fees and expenses on **January 29, 2008,** at 10:00 a.m. in Courtroom 4W, United States District Court for Eastern District of Kentucky, 35 West Fifth Street, Covington, KY 41011.

**For More Information and to obtain the full Notice or a Claim Form**
Visit: www.KentuckySafeAutoSettlement.com  or call: 1-800-890-2760

*Kinsera*

# NKY CALENDAR WHAT'S AHEAD

## ART & CRAFT CLASSES

**Oct. 15 Adventure Club,** 4 p.m. Mad Scientists. Experiment with physics and chemistry., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Games, crafts and snacks. Ages 6-11. Free. Presented by Campbell County Public Library. 859-572-5033.

**Oct. 15 Quilting for Beginners,** 6:30 p.m. Continues Mondays through Nov. 12., Frank Duveneck Arts & Cultural Center, 1232 Greenup St., **Covington.** Supplies provided. Teens and adults. $20. 859-491-3942.

## ART GALLERIES

**Oct. 15 Contemporary Realism: A Solo Exhibition of Tim Fotzeningen,** 6 p.m., Marx Gallery, 520 Madison Ave., **Covington.** Through Oct. 27. 513-480-7909.

**Oct. 15 Just Below the Surface-X-Ray Art,** 10 a.m., Signa Gallery, 205 Fairfield Ave., **Bellevue.** Art by Dr. X. Through Oct. 31. 859-291-1278.

**Oct. 15 I Believe in the Forest,** 7 a.m., Bean Haus, 640 Main St., **Covington.** Art created through the use of coffee and tea by Robin Hofstetter. Exhibit through Nov. 4. Free. Through Nov. 4. 859-431-2326.

## BENEFITS

**Oct. 17 Madonna Manor Applauds,** 6 p.m., Metropolitan Club, 50 E. River-Center Blvd., **Covington.** Sister Benedict Bunning Award presented to Brian Patrick, WCPO-TV. Benefits Madonna Manor. $65. Presented by Madonna Manor. 859-341-3981.

**Oct. 18 The Magic of Communication,** 6 p.m., The Madison, 700 Madison Ave., **Covington.** Cocktails, auction, dinner and performances by St. Rita School for the Deaf and Matt "Magic" Morgan, Benefits Hearing Speech and Deaf Center. $60. Presented by Hearing Speech and Deaf Center Greater Cincinnati. 513-221-0527; www.hearing-speechdeaf.com.

## BUSINESS CLASSES

**Oct. 16 Boost Your Business-Writing Skills,** 6 p.m., Northern Kentucky University Covington Campus, 1401 Dixie Highway, **Park Hills.** Strengthen your ability to write effective business documents. $149. 859-572-5600.

## BUSINESS MEETINGS

**Oct. 18 A Chance to Meet...,** 8 a.m. Don Johnson, Northern Kentucky University., Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** $30, $15 members. 859-578-8801.

## BUSINESS SEMINARS

**Oct. 18 Mel Kleiman,** 9 a.m., Drees Pavilion, 790 Park Lane, **Covington.** Author of "Hire Tough, Manage Easy" will teach how to recruit, select and retain hourly employees. $100 guests, $40 members, $30 students. Presented by Northern Kentucky Human Resource Association. 859-426-3500.

**Oct. 19 Minority Business Enterprise Certification Overview,** 10 a.m. With Ty Gettis, Kentuckiana Minority Business Council., Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** Learn requirements and processes involved in obtaining MBE certification from Kentuckiana Minority Business Council. Free. 859-578-8800.

**Oct. 19 Women Business Enterprise Certification Overview,** 10 a.m. With Curt Calley, Women Business Enterprise Council., Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** Learn how to become certified from Women Business Enterprise Council. Free. 614-238-6639.

## CLUBS & ORGANIZATIONS

**Oct. 18 Florence, Boone County, Bur-** buffet and entertainment. $26.95, $25.95 ages 60 and up, $14.95 ages 4-12, plus service fee and sales tax; No meal. $15, $9 ages 4-12. 859-261-8500; www.bbriverboats.com.

## DINING

**Oct. 18 Wine Tasting,** 7 p.m., Argentine Bean Bistro and Wine Bar, 2875 Town Center Blvd., **Crestview Hills.** Sample wines from around the world. $18. 859-426-1042.

**Oct. 18 Wine Tasting,** 1 p.m., Stone-Brook Winery, 6570 Vineyard Lane, **Camp Springs.** $5. 859-635-0111; www.stonebrookwinery.com.

**Oct. 19 Fish Fry,** 5 p.m., Florence Elks Lodge 314, 7704 Dixie Highway, **Florence.** $7.50, $4.50 children. 859-745-3557.

**Oct. 19 Taste Test,** 6 p.m., Mac's Liquor & Wine, 196 Mary Grubbs Highway, **Walton.** Wine, spirits and import beer tasting. Beer $1. Identification required. 859-485-4583.

## EDUCATION

**Oct. 15 Teen Technology Series,** 6 p.m. Web Design., Cold Spring Branch Library, 3920 Alexandria Pike, **Cold Spring.** Ages 13-18. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 15 Be-a-ab for Heart and Health,** 7:30 p.m., Promenade Palace, 3630 Decoursey Pike, **Covington.** Beginner level square dance class for non-dancers. Casual dress and shoes. Weekly through Dec. 17. $5. Best class free. Presented by Southwestern Ohio/Northern Kentucky Square Dancers Federation. 513-929-2427.

**Oct. 15 Kentucky Nature Photography,** 6:30 p.m., Erlanger Branch Library, 401 Kenton Lands Road, **Erlanger.** Learn to take better photos of landscapes and close-ups. Free. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 16 PowerPoint,** 6:30 p.m. Beginners., Mary Ann Mongan Library, 502 Scott Blvd., **Covington.** Create slideshow. Presented by Kenton County Public Library. 859-962-4060, ext. 4239.

**Oct. 16 Email,** 6:30 p.m. Part 2., Erlanger Branch Library, 401 Kenton Lands Road, **Covington.** Learn how to communicate on the computer. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 16 Basic Genealogy Workshop,** 7 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Five bi-weekly sessions by Deanna Beineke. Intended for beginners. Adults. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 16 Ballroom and Tango Lessons,** 8 p.m., Argentine Bean Bistro and Wine Bar, 2875 Town Center Blvd., **Crestview Hills.** Free. 859-426-1042.

**Oct. 17 Microsoft Word,** 1 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Learn basics of word-processing program. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 17 Internet II,** 2 p.m., Newport Branch Library, 901 E. Sixth St., **Newport.** Learn additional information about using the internet. Free. Presented by Campbell County Public Library. 859-572-5035.

**Oct. 17 Internet II,** 10 a.m., Scheben Branch Library, 8899 U.S. 42, **Union.** Includes search engines, keyword search and more. 859-384-5550; www.bcpl.org.

**Oct. 17 Exploring the Internet,** 10

### MORE CALENDARS

**ONLINE:** Click on NKY.com for more listings of local events.

### SHARE YOUR NEWS

Please share news of your community, school, civic, church, club and literary events in the community calendar, which appears regularly in the Northern Kentucky news section. To be included, use:

■ The GetPublished! tool on NKY.com.

## nky.com

■ The online calendar available at NKY.com. Click on "Submit an event" and follow the directions.

■ Fax to 859-578-5565.

■ Mail to the Kentucky Enquirer, c/ 226 Grandview Drive, Fort Mitchell, KY 41017.

Please include event, time, place, organization or group as well as a contact person and telephone number in case we have questions. The deadline is 10 days before the event.

a.m. Beginners., Mary Ann Mongan Library, 502 Scott Blvd., **Covington.** Presented by Kenton County Public Library. 859-962-4071.

**Oct. 17 The Parent Care Conversation,** 6:30 p.m., Radisson Hotel Covington, 668 W. Fifth St., **Edgewood.** Dan Taylor, author of "The Parent Care Conversation" offers step-by-step approach to issues affecting your aging parents. Free. Presented by Brighton Gardens of Edgewood. 859-426-1888.

**Oct. 18 Internet,** 10 a.m. Level II., Florence Branch Library, 7425 U.S. 42, **Florence.** Basics of Internet. Free. 859-371-6222.

**Oct. 18 Basic Microsoft Word,** 1 p.m. Tips and Tricks., Erlanger Branch Library, 401 Kenton Lands Road, **Erlanger.** Adults. Presented by Kenton County Public Library. 859-962-4002; www.kentonlibrary.org.

**Oct. 18 Dance Lessons,** 8:30 p.m., Argentine Bean Bistro and Wine Bar, 2875 Town Center Blvd., **Crestview Hills.** Learn to salsa dance with professional instructor. No partner required. $3. 859-426-1042.

**Oct. 18 Astronomy With Dean Regas,** 7 p.m. Moon Mania: phases, features, eclipses and missions to the moon., Florence Branch Library, 7425 U.S. 42, **Florence.** Cincinnati Observatory astronomer presents. Telescope viewing weather permitting. 859-371-6222.

**Oct. 18 German-American Heritage Month,** 7 p.m. Don Heinrich Tolzmann presents "German Heritage and Influences of Greater Cincinnati." Mary Ann Mongan Library, 502 Scott Blvd., **Covington.** Free. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 18 Bourgeoise Alternative – Fatal Choices,** 6 p.m., Frank Duveneck Arts & Cultural Center, 1232 Greenup St., **Covington.** Empowerment workshop for female teens and adult women. Information, discussion and writing exercises and presentations. $25 for



*Enquirer file*

### History lessons

**Oct. 19 Salt Festival,** 9 a.m., Big Bone Lick State Park, 3380 Beaver Road, **Union.** Pioneer encampment and Wild West re-enactors, salt-making, arts and crafts, demonstrations. $5, $4 seniors, $3 children. Through Oct. 21. 859-384-3522.

entire series. 859-491-3942.

**Oct. 18 Forensics: The Science of Crime,** 4 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Learn how to solve mysteries. Teens. Presented by Campbell County Public Library. 859-781-6166.

## FESTIVALS

**Oct. 19 Salt Festival,** 9 a.m., Big Bone Lick State Park, 3380 Beaver Road, **Union.** Pioneer encampment and Wild West re-enactors, salt-making, arts and crafts, demonstrations and more. $5, $4 seniors, $3 children. Through Oct. 21. 859-384-3522.

## FILMS

**Oct. 16 Preview of Ken Burns' "The War",** 7 p.m., Mary Ann Mongan Library, 502 Scott Blvd., **Covington.** A seven-part series that tells the story of World War II through personal accounts. Free. Presented by Kenton County Public Library. 859-962-4060.

## GARDEN CLASSES

**Oct. 18 Shiitake Mushroom Production Workshop,** 1 p.m., Campbell County Environmental Education Center, 1261 Race Track Road, **Alexandria.** How to grow mushrooms for gourmet and medicinal value. Bring drill and hammer if possible. Presented by Campbell County Cooperative Extension Service. 859-572-2600.

## HEALTH / FITNESS

**Oct. 15 Kickboxing,** 9 a.m. and 6:15 p.m., Master Fry Defense Systems, 1829 Monmouth St., **Newport.** Cardio workout on conditioned floor to music. Hand wraps and gloves required. With Charlie Fry, instructor. Ages 15 and up. $39.99 month or $8 per class. 859-431-4545; www.masterfrydefense.com.

**Oct. 15 Cancer Support Yoga,** 8 a.m., St. Luke Hospital West, 7380 Turkey Road, **Florence.** Screenings for various diseases. $25 per test. 859-572-3440.

**Oct. 15 Weight Loss Program,** 6:30 p.m. Continues Mondays through Dec. 17. Introductory session Oct. 8, 6:30 p.m., St. Elizabeth Medical Center Behavioral Health Building, 200 Medical Village Drive, **Edgewood.** Conference room. Weekly program includes workbook, educational sessions, goal monitoring, cooking demonstrations/taste testing, and personalized diet assessment. $250. Presented by St. Elizabeth Medical Center Business Health Center. 859-301-2183; www.stelizabeth.com.

**Oct. 15 Vascular Screenings,** 8 a.m., St. Luke Hospital West. 859-572-3440. **Florence.**

**Oct. 16 Yogalates,** 12:45 p.m., R.C. Durr YMCA, 5874 Veterans Way, **Burlington.** Core strength building of Pilates with yoga postures. $90 per 15 classes, members free. 859-534-5700.

**Oct. 16 Is It Hot In Here? Menopause 101,** 6:30 p.m., Campbell County Exten- sion Center, 3500 Alexandria Pike, **Highland Heights.** Interactive session with Dr. Michael Gerwe OB/GYN, of Northern Kentucky. Learn about menopause, symptoms and how to cope. Free. Presented by Campbell County Cooperative Extension Service. 859-572-2600.

**Oct. 17 Basic Yoga,** 9 a.m., Richwood Presbyterian Church, 1070 Richwood Road, **Richwood.** Simple yoga with Kurt Kaeding. Wear comfortable clothing and bring yoga mat or large towel. Free. donations accepted. 859-485-1238; www.radiantfitness.com.

**Oct. 17 Relaxation and Guided Imagery,** 6:30 p.m., The Wellness Community of Fort Wright, 1717 Dixie Highway, Suite 145, **Fort Wright.** "Directed daydreaming" designed to help cancer patients positively envision their body fighting cancer and healing. 859-331-5568.

**Oct. 17 Prenatal/Postpartum Fitness Class,** 7 p.m., St. Elizabeth Medical Center, South Unit, 1 Medical Village Drive, **Edgewood.** Cardiovascular, strength and flexibility training. $80 per ten classes; $10. 859-301-2229; www.stelizabeth.com.

**Oct. 18 Cardinal Hill University,** 1 p.m. Relatives Raising Children With ADD/ADHD., Northern Kentucky Area Development District, 22 Spiral Drive, **Florence.** For parents, caregivers and educators of children. Free. 859-525-1128.

**Oct. 18 Vascular Screenings,** 8 a.m., St. Luke Hospital West. 859-572-3440. **Florence.**

## No Experience? No Problem.

- Company-provided CDL training for qualified candidates
- New higher pay packages
- Nearly 2/3 of Schneider drivers get home daily or weekly



schneiderjobs.com
**1-800-44-PRIDE · 1-800-447-7433**

SCHNEIDER NATIONAL

Legal Notice

### Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company*, No. 06-CV-146 (DLB). This notice is a

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees in an amount not to exceed $595,000 and an incentive

### SAVINGS WITH A TWIST

 Duke Energy.



Bulbs as low as 99¢
AFTER INSTANT REBATE

Light up your life — for less!

Nov. 4. 859-431-2326.



## BENEFITS

**Oct. 11 Madonna Manor Applauds,** 6 p.m., Metropolitan Club, 50 E. River-Center Blvd., **Covington.** Sister Benedict Bunning Award presented to Brian Patrick, WCPO-TV. Benefits Madonna Manor. $65. Presented by Madonna Manor. 859-341-3981.

**Oct. 18 The Magic of Communication,** 6 p.m., The Madison, 700 Madison Ave., **Covington.** Cocktails, auction, dinner and performances by St. Rita School for the Deaf and Matt "Magic" Morgan. Benefits Hearing Speech and Deaf Center. $50. Presented by Hearing Speech and Deaf Center Greater Cincinnati. 513-221-0527; www.hearingspeechdeaf.com.

## BUSINESS CLASSES

**Oct. 15 Boost Your Business-Writing Skills,** 6 p.m., Northern Kentucky University Covington Campus, 1401 Dixie Highway, **Part Hills.** Strengthen your ability to write effective business documents. $149. 859-572-5600.

## BUSINESS MEETINGS

**Oct. 19 A Chance to Meet...,** 8 a.m. Don Johnson, Northern Kentucky University., Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** $30, $15 members. 859-578-8801.

## BUSINESS SEMINARS

**Oct. 18 Mel Kleiman,** 9 a.m., Drees Pavilion, 790 Park Lane, **Covington.** "A lot of Tough, Manage Easy" will teach how to recruit, select and retain hourly employees. $100 guests, $40 members, $30 students. Presented by Northern Kentucky Human Resource Association. 859-426-3500.

**Oct. 19 Minority Business Enterprise Certification Overview,** 10 a.m. With Ty Gerbis, Kentuckiana Minority Business Council, Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** Learn requirements and processes involved in obtaining MBE certification from Kentuckiana Minority Business Council. Free. 859-578-8800.

**Oct. 19 Women Business Enterprise Certification Overview,** 10 a.m. With Curt Caffey, Women Business Enterprise Council., Northern Kentucky Chamber of Commerce Center, 300 Buttermilk Pike, Suite 330, **Fort Mitchell.** Learn how to become certified from Women Business Enterprise Council. Free. 614-238-6639.

## CLUBS & ORGANIZATIONS

**Oct. 18 Florence, Boone County, Burlington Quilters,** 7 p.m., Boone County Cooperative Extension Service, 6028 Camp Ernst Road, **Burlington.** New and experienced quilters welcome. $23 per year. Presented by Stringtown Quilt Guild. 859-586-8021.

## COOKING CLASSES

**Oct. 15 Oktoberfest,** 6:30 p.m., Boone County Cooperative Extension Service, 6028 Camp Ernst Road, **Burlington.** Stephan Neumanns from German Cuisine demonstrates the preparation of authentic German foods. Benefits Mary Hood Luten Scholarship Fund. 859-384-3912.

**Oct. 16 Cake Class,** 6 p.m., Party Source, 95 Riviera Drive, **Bellevue.** Let's Do Cake with the Mayor of Cake Town, Cami Smith. Decorating, handling and storage of cakes. $75. 859-291-4007.

**Oct. 17 Healthy Cooking Tips for Families,** 6 p.m., MindSpa, 515 Monmouth St., Suite 301, **Newport.** Learn recipes and strategies. Life changes, shopping tips and more. $10. Presented by The MindSpa. 859-261-9000.

## CRUISES

**Oct. 15 Captain's Dinner Cruise,** 7 p.m., BB Riverboats Newport Landing, 101B Riverboat Row, **Newport.** Buffet and 2 hour of downtown skyline. $36.95, $35.95 seniors, $19 children plus service fee and sales tax. 859-261-8500.

**Oct. 16 Captain's Lunch Cruise,** 12 p.m., BB Riverboats Newport Landing, 101B Riverboat Row, **Newport.** Lunch

---

Spring. Ages 11-16. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 15 Do-si-do for Heart and Health,** 7:30 p.m., Promenade Palace, 3630 Decoursey Pike, **Covington.** Beginner level square dance class for non-dancers. Casual dress and shoes. Weekly through Dec. 17. $5, first class free. Presented by Southwestern Ohio/ Northern Kentucky Square Dancers Federation. 513-929-2427.

**Oct. 15 Kentucky Nature Photography,** 6:30 p.m., Erlanger Branch Library, 401 Kenton Lands Road, **Erlanger.** Learn to take better photos of landscapes and close-ups. Free. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 16 PowerPoint,** 6:30 p.m. Beginners., Mary Ann Morgan Library, 502 Scott Blvd., **Covington.** Create slideshows. Presented by Kenton County Public Library. 859-962-4060, ext. 42/39.

**Oct. 16 Email,** 6:30 p.m. Part 2., Erlanger Branch Library, 401 Kenton Lands Road, **Covington.** Learn how to communicate on the computer. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 16 Basic Genealogy Workshop,** 7 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Five bi-weekly sessions by Deanna Beineke. Intended for beginners. Adults. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 16 Ballroom and Tango Lessons,** 8 p.m., Argentine Bean Blanco and Wine Bar, 2875 Town Center Blvd., **Crestview Hills.** Free. 859-426-1042.

**Oct. 17 Microsoft Word,** 1 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Learn basics of word-processing program. Free. Presented by Campbell County Public Library. 859-781-6166.

**Oct. 17 Internet II,** 2 p.m., Newport Branch Library, 901 E. 6th St., **Newport.** Learn additional information about using the internet. Free. Presented by Campbell County Public Library. 859-572-5035.

**Oct. 17 Internet II,** 10 a.m., Scheben Branch Library, 8899 U.S. 42, **Union.** Includes search engines, keyword search and more. 859-384-5550; www.bcpl.org.

**Oct. 17 Exploring the Internet,** 10

---

a.m. beginners., Mary Ann Morgan Library, 502 Scott Blvd., **Covington.** Presented by Kenton County Public Library. 859-962-4071.

**Oct. 17 The Parent Care Conversation,** 5:30 p.m., Radisson Hotel Covington, 668 W. Fifth St., **Edgewood.** Dan Taylor, author of "The Parent Care Conversation" offers step-by-step approach to issues affecting your aging parents. Free. Presented by Brighton Gardens of Edgewood. 859-426-1888.

**Oct. 18 Internet,** 10 a.m. Level II., Florence Branch Library, 7425 U.S. 42, **Florence.** Basics of Internet. Free. 859-371-0222.

**Oct. 18 Basic Microsoft Word,** 1 p.m. Tips and Tricks., Erlanger Branch Library, 401 Kenton Lands Road, **Erlanger.** Adults. Presented by Kenton County Public Library. 859-962-4002; www.kentonlibrary.org.

**Oct. 18 Salsa Dance Lessons,** 8:30 p.m., Argentine Bean Blanco and Wine Bar, 2875 Town Center Blvd., **Crestview Hills.** Learn to salsa dance with professional instructor. No partner required. $3. 859-426-1042.

**Oct. 18 Adventuring With Bean Regas,** 7 p.m. Moon Mania: phases, features, eclipses and missions to the moon., Florence Branch Library, 7425 U.S. 42, **Florence.** Cincinnati Observatory astronomer presents. Telescope viewing weather permitting. 859-371-6222.

**Oct. 18 German-American Heritage Month,** 7 p.m. Don Heinrich Tolzmann presents "German Heritage and Influences of Greater Cincinnati." Mary Ann Morgan Library, 502 Scott Blvd., **Covington.** Free. Presented by Kenton County Public Library. 859-962-4060.

**Oct. 19 Dangerous Attractions - Fatal Choices,** 6 p.m., Frank Duveneck Arts & Cultural Center, 1232 Greenup St., **Covington.** Empowerment workshop for female teens and adult women. Information, discussion and writing exercises and presentations. $25 for

---

entire series. 859-491-3942.

**Oct. 19 Forensics: The Science of Crime,** 4 p.m., Fort Thomas-Carrico Branch Library, 1000 Highland Ave., **Fort Thomas.** Learn how to solve mysteries. Teens. Presented by Campbell County Public Library. 859-781-6166.

## FESTIVALS

**Oct. 19 Salt Festival,** 9 a.m., Big Bone Lick State Park, 3380 Beaver Road, **Union.** Pioneer encampment and Wild West re-enactors, salt-making, arts and crafts, demonstrations and more. $5, $4 seniors, $3 children. Through Oct. 21. 859-384-3522.

## FILMS

**Oct. 19 Preview of Ken Burns' "The War",** 7 p.m., Mary Ann Morgan Library, 502 Scott Blvd., **Covington.** A seven-part series that tells the story of World War II through personal accounts. Free. Presented by Kenton County Public Library. 859-962-4060.

## GARDEN CLASSES

**Oct. 18 Shiitake Mushroom Production Workshop,** 1 p.m., Campbell County Environmental Education Center, 1261 Race Track Road, **Alexandria.** How to grow mushrooms for gourmet and medicinal value. Bring chill and hammer if possible. Presented by Campbell County Cooperative Extension Service. 859-572-2600.

## HEALTH / FITNESS

**Oct. 15 Kickboxing,** 9 a.m. and 6:15

---

## History lessons

**Oct. 19 Salt Festival,** 9 a.m., Big Bone Lick State Park, 3380 Beaver Road, **Union.** Pioneer encampment and Wild West re-enactors, salt-making, arts and crafts, demonstrations. $5, $4 seniors, $3 children. Through Oct. 21. 859-384-3522.

---

p.m., Master FV Defense Systems, 1829 Monmouth St., **Newport.** Cardio workout on cushioned floor to music. Hand wraps and gloves required. With Charlie Fry, instructor. Ages 15 and up. $39.99 month or $8 per class. 859-431-4545; www.masterfydefense.com.

**Oct. 15 Vascular Screenings,** 8 a.m., St. Luke Hospital West, 7380 Turfway Road, **Florence.** Screenings for various diseases. $25 per test. 859-572-3440.

**Oct. 15 Weight Loss Program,** 6:30 p.m. Continues Mondays through Dec. 17. Introductory session Oct. 8. 6:30 p.m., St. Elizabeth Medical Center Behavioral Health Building, 2040 Medical Village Drive, **Edgewood.** Conference room. Weekly program includes workbook, educational sessions, goal monitoring, cooking demonstrations/taste testing, and personalized diet assessment. $250. Presented by St. Elizabeth Medical Center Business Health Center. 859-301-2183; www.stelizabeth.com.

**Oct. 15 Cancer Support Yoga,** 1:30 p.m., The Wellness Community Fort Wright, 1717 Dixie Highway, Suite 145, **Fort Wright.** Room 10. 859-331-5568.

**Oct. 16 Vascular Screenings,** 8 a.m., St. Luke Hospital West. 859-572-3440. **Florence.**

**Oct. 16 Yogalates,** 12:45 p.m., H.C. Duri YMCA, 5874 Veterans Way, **Burlington.** Core strength building of Pilates with yoga postures. $90 per 15 classes, members free. 859-534-5700.

**Oct. 16 Is It Hot in Here? Menopause 101,** 6:30 p.m., Campbell County Exten-

---

sion Center, 3500 Alexandria Pike, **Highland Heights.** Interactive session with Dr. Michael Grever OB/GYN, of Northern Kentucky. Learn about menopause, symptoms and how to cope. Free. Presented by Campbell County Cooperative Extension Service. 859-572-2600.

**Oct. 17 Basic Yoga,** 6 p.m., Richwood Presbyterian Church, 1070 Richwood Road, **Richwood.** Simple yoga with Keri Keeding. Wear comfortable clothing and bring yoga mat or large towel. Free, donations accepted. 859-485-1238; www.radiantfitness.com.

**Oct. 17 Relaxation and Guided Imagery,** 5:30 p.m., The Wellness Community Fort Wright, 1717 Dixie Highway, Suite 145, **Fort Wright.** "Directed daydreaming" designed to help cancer patients positively envision their body fighting cancer and healing. 859-331-5568.

**Oct. 17 Prenatal/Postpartum Fitness Class,** 7 p.m., St. Elizabeth Medical Center, South Unit, 1 Medical Village Drive, **Edgewood.** Cardiovascular, strength and flexibility training. $80 per ten classes; $10. 859-301-2239; www.stelizabeth.com.

**Oct. 18 Cardinal Hill University,** 7 p.m. Relatives Raising Children With ADD/ADHD., Northern Kentucky Area Development District, 22 Spiral Drive, **Florence.** For parents, caregivers and educators of children. Free. 859-525-1128.

**Oct. 18 Vascular Screenings,** 8 a.m., St. Luke Hospital West. 859-572-3440. **Florence.**

---



## No Experience? No Problem.

- Company-provided CDL training for qualified candidates
- New higher pay packages
- Nearly 2/3 of Schneider drivers get home daily or weekly

**schneiderjobs.com**
1-800-44-PRIDE • 1-800-447-7433

SCHNEIDER NATIONAL

Legal Notice

## SAVINGS WITH A TWIST    Duke Energy.

Bulbs as low as 99¢
AFTER INSTANT REBATE

## Light up your life — for less!

ENERGY STAR® qualified compact fluorescent light bulbs (CFLs) save you money and help protect the environment at the same time. Make your next light bulb an ENERGY STAR. Change a light, and change the world.

ENERGY STAR® Qualified CFLs:

- Use up to 75% less energy
- Last up to 10 times longer
- Save on average $30 or more in energy costs over the life of each CFL
- Contribute to a cleaner environment while saving energy and money

Eligible CFLs are available at:

**Florence Hardware**
7110 Dixie Highway
Florence, KY
(859) 525-1464

**Klingenberg's Hardware & Paint**
26 W 7th Street
Covington, KY
(859) 431-0922

**Klingenberg's Hardware & Paint**
3916 Winston Avenue
Covington, KY
(859) 491-3002

**Klingenberg's Hardware & Paint**
400 W 11th Street
Newport, KY
(859) 261-6910

**Pilot Lumber Do-It-Center**
238 Grandview Avenue
Bellevue, KY 41073
(859) 491-0100

**Pilot Lumber Do-It-Center**
302 Washington Street
Alexandria, KY
(859) 635-2125

**Small's Do-It Best Hardware**
2180 Dixie Highway
Fort Mitchell, KY
(859) 331-6776

**Zimmer Hardware**
537 Pike Street
Covington, KY
(859) 431-1400

For more information or a complete list of participating retailers, call 800.573.3503.

800.573.3503
www.duke-energy.com



## Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nickath v. Progressive Direct Insurance Company,* No. 06-CVI-146 (DLB). This notice is a summary of your rights. To get complete information, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760.

**What Is this Case About?**
The lawsuit claims that Safe Auto Insurance Company ("Safe Auto") and a number of other insurance companies in Kentucky collected from their policyholders local taxes that were either not owed or were at rates higher than permitted. The lawsuit seeks damages dating back to June 22, 2001.

The Settling Defendant is Safe Auto. There are other defendants in the lawsuit that have not settled yet. The lawsuit will continue against those defendants. Safe Auto denies all claims of wrongdoing and agreed to the Proposed Settlement to avoid the further expense, inconvenience and burden of this lawsuit.

**Who Is a Class Member?**
You are a Member of the Settlement Class if:
- You are an individual or corporation in Kentucky who purchased insurance from Safe Auto, and
- You paid local government taxes on your payments of premiums that were either not owed or at rates higher than permitted.

**What Are the Terms of the Proposed Settlement?**
Safe Auto has agreed to establish a Settlement Fund of $2,512,000. If you submit a timely and valid Claim Form, you will be eligible to receive a full refund of any overpaid taxes. If you are a current Safe Auto policyholder, you will automatically get back any taxes you overpaid in the last 24 months – even if you do not complete a Claim Form. Safe Auto has the right to issue these refunds in the form of a credit to your existing account. Payment amounts will include 8% interest.

If the Fund does not have enough money to pay back all refunds in full, all refunds will be reduced proportionately.

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees in an amount not to exceed $595,000 and an incentive payment to the Class Representative of $1,500. These fees will be deducted from the Fund. You may have your own attorney if you wish. However, you will be responsible for your attorney's fees and expenses.

**What Are My Rights?**
- **If you wish to remain a member the Class,** you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue Safe Auto for any claims covered by the Proposed Settlement. If you stay in the Class, you can file a Claim.
- **You can file a Claim for a full refund of overpaid taxes** if you remain in the Class. To make a claim you must complete a Claim Form and mail it to the Claims Administrator as explained in the full Notice. Your Claim Form must be postmarked no later than December 15, 2007.
- **If you do not wish to be a member of the Class,** you must sign and send a letter asking to be excluded as outlined in the full Notice. The letter must be postmarked no later than November 26, 2007.
- **You or your lawyer can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is postmarked no later than November 26, 2007, as outlined in the full Notice.

For complete information on how to file a claim, exclude yourself or object, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760 to get the full Notice.

**Will the Court Approve The Proposed Settlement?**
The Court will hold a Fairness Hearing to determine if the Proposed Settlement is fair, reasonable and adequate, and to consider the motion for attorneys' fees and expenses. The hearing is on **January 29, 2008,** at 10:00 a.m. in Courtroom 4W, United States District Court for the Eastern District of Kentucky, 35 West Fifth Street, Covington, KY 41011.

**For More Information and the full Notice or a Claim Form**
**Visit:** www.KentuckySafeAutoSettlement.com or call: **1-800-890-2760**

K N Seller

K                                                                                      The Post   Monday, October 15, 2007   **11A**

# Nursing home sale concerns state officials

*Associated Press*

COLUMBUS — State officials are voicing concern that a private equity firm in the process of buying a troubled family of nursing homes in Ohio will only maintain the status quo and not address problems and staffing levels in the facilities.

The Carlyle Group is expected to complete it's $6.3 billion purchase of HCR Manor Care by the end of the year, provided shareholders agree to the deal in a vote on Wednesday.

Toledo-based HCR Manor Care operates 44 nursing homes caring for 5,100 people in Ohio and has been under close watch by state authorities.

Officials fear that recent problems could continue under the ownership of Carlyle, which owns Dunkin' Donuts and Hertz, but it's only health care related—

ed venture is Lifecare, a nationwide chain of 21 long-term care hospitals.

"These aren't the kind of nursing homes that they can just take over and keep status quo," said Beverly Laubert, long-term care ombudsman for the Ohio Department of Aging. "When you have facilities with such quality problems, someone is going to have to fix them."

State investigators have found instances in which residents at HRC Manor Care facilities did not receive proper care, including instances in which residents didn't receive physician-ordered lab tests or the proper treatment for incontinence, hampering their ability to progress toward using the bathroom on their own.

In the most serious event, a patient with dementia at the Heartland of Urbana nursing home was raped in July by

another resident, but the victim was not taken to a hospital until more than 24 hours later, the state investigation found.

"How could that happen if they had enough staff supervising the residents?" Laubert asked.

Last month, a 100-year-old woman died at the Heartland Fairfield nursing home in Lancaster after she was left unattended outside. The woman's wheelchair rolled into a parking lot, and she fell out.

"Considering the number of patients we serve, there are very few of those incidents," HCR Manor Care spokesman Rick Rump said.

According to figures reported to the state by HCR Manor Care, the company met state requirements calling for at least 2¾ hours of nursing care for each resident daily.

Private equity firms that buy nursing-home chains commonly reduce staffing to increase profits, said Service Employees International Union president Dave Regan.

But staffing levels would not be cut under the Carlyle Group, Rump said.

"We provide quality care, and we will continue to provide excellent care," said Chris Ullman, a spokesman for The Carlyle Group.

Still, a nursing assistant at a Cincinnati home claimed that HCR Manor Care hasn't met state requirements that a staff member monitor no more than 15 residents at once.

Often, two nursing assistants oversee 47 residents at a time, and that makes it impossible to turn bedridden patients every two hours to prevent bedsores, said Lillian Payne, a certified nursing assistant at Oak Pavilion Nurs-

ing Center in Avondale.

Payne spoke at an event sponsored by SEIU, which represents 1,000 of HRC Manor Care's 60,000 employees.

The union is coordinating a multistate effort to push for guarantees that the sale will improve quality at Manor Care homes.

On Wednesday, SEIU urged Pennsylvania regulators to figure out how the proposed sale would affect the people who live and work in Manor Care's 46 nursing centers in that state.

The Carlyle Group, which manages $58.5 billion in assets in a variety of fields, insists it will provide quality care and called Payne's complaints a smear campaign aimed at pressuring for more hirings to bolster the union's ranks.

"This is about gaining more dues-paying members for the union," Ullman said. "It's not about quality of care."

---

# Bingo games decline in Ohio

*Associated Press*

YOUNGSTOWN — Bingo games, once valuable social events and fundraisers for communities, are in decline throughout the state, according to churches, veterans groups and nonprofit organizations.

Some blame the disappearance of bingo games on Ohio's restrictive smoking law, while others point to a faltering economy, competition for gaming dollars and the increasing costs of operating a large bingo hall.

Joe Sferra, owner of Crown Wholesale in Youngstown, a distributor of bingo supplies, said he has seen a 15 percent to 20 percent decline in Ohio business during the past two years. He thinks the increasing prices of gasoline and natural gas in a slowing economy have had a "suppressing effect" on bingo play.

St. Joseph the Provider in the Youngstown suburb of Campbell is one of many churches that have stopped holding bingo nights. Bingo night used to draw up to 200 people, but in the past three years attendance has been too poor to justify the cost of running the games, said Chuck Zamary, who has helped with the church's bingo for the past two decades.

The proceeds had been used to keep tuition costs down at the parish school, he said.

Three years ago, the diocese declared that parish halls were part of parish schools and prohibited smoking during bingo as a result.

"It's not just us," Zamary said of St. Joseph's loss of bingo business. "You're going to see more that have to close."

result. The decline started after that, Zamary said.

Some bingo operators in Pennsylvania, which allows smoking during games, say Ohio players do leave the state to play. Paul Vanord, bingo manager for American Legion Post 399 in Sharon, Pa., said he has seen a significant increase in Ohio players since the Ohio smoking ban went into effect. Many come from Ohio's border cities like Hubbard and Niles, he said.

Bingo operators also attribute some of the decline to the emergence of electronic gaming machines such as The Fruit in bars and other businesses, and the lure of both higher bingo payoffs and gambling resorts across state lines in West Virginia and Pennsylvania.

Sferra noted that in Pennsylvania, where Bingo jackpots are higher, his business has declined far less, down 5 percent in the past two years.

Zamary said the smoking ban was a contributing factor in the end of bingo at St. Joseph's, but other developments, including the rapidly declining economy in Youngstown, also played a role. "You can't blame it all on no-smoking."

Other problems with maintaining the games include increases in the cost of utilities and advertising, and larger jackpot payoffs in an effort to attract players.

---



**LEAFY CHORE**

JOE MUNSON/The Post

**Wanda Price,** Florence, is helping her friend in Ludlow pick leaves off of her trees. This is a yearly event for the friends. This way, the pesky leaves don't have to be raked out of her landscaping.

---



*New music – old hand:*

## Rick Bird

Pop music is more diverse than ever before – and Post readers know they can count on Rick Bird for comprehensive, indepth coverage of it all.

Read Rick Bird. Only in The Post. Your hometown daily newspaper.

Call 651-4500 for home delivery.

---

## Your Community Needs You.

"By 2015, 9 of 10 jobs will require education beyond high school. Currently, only 3 of 10 adults in Northern Kentucky have a 2-year degree or higher."

- Bureau of Labor Statistics and American Community Survey

### Become a Champion for Education; Attend the first ever Northern Kentucky Education Summit on November 14.

Log onto:

**www.nkychampionsforeducation.org**

---

# Ohio Rep. Hobson to join ranks of retired politicians

**By David Espo**
*Associated Press*

WASE 'NGTON — Rep. David Hobson, a nine-term Republican from Springfield, Ohio, announced plans to retire Sunday, the 12th member of his party to do so since the beginning of the year.

"I wanted to go out on top," said Hobson, who said his health is good. He would have faced token opposition at best had he sought a new term.

The 71-year-old Hobson became the third member of the Ohio delegation to announce retirement plans. Canton-area Rep. Ralph Regula, who has been in

1994. His seniority soon enabled him to become one of the so-called cardinals, chairmen of Appropriations subcommittee with great authority over selected programs. He served as chairman of the panel with jurisdiction over military housing, then over energy and water programs until Democrats gained their majority last year.

---

## No Experience? No Problem.

- Company-provided CDL training for qualified candidates
- New higher pay packages
- Nearly 2/3 of Schneider drivers get home daily or weekly

schneiderjobs.com
1-800-44-PRIDE • 1-800-447-7433

**SCHNEIDER**
NATIONAL

JOE AUTHOR

---

*Legal Notice*

## Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company, No. 06-CIV-146 (DLB)*. This action is a...

**Who Represents Me?**

The Court has appointed attorneys to represent the Class. These Class Counsel will request the Court to award attorneys' fees...

---

## SAVINGS WITH A TWIST

**Duke Energy.**





Bulbs as low as 99¢

AFTER INSTANT REBATE

Light up your life — for less!

Associated Press

YOUNGSTOWN — Bingo games, once valuable social events and fundraisers for communities, are in decline throughout the state, according to churches, veterans groups and nonprofit organizations.

Some blame the slow disappearance of bingo games on Ohio's restrictive smoking law, while others point to a faltering economy, competition for gaming dollars and the increasing costs of operating a large bingo hall.

Joe Sferra, owner of Crown Wholesale in Youngstown, a distributor of bingo supplies, said he has seen a 15 percent to 20 percent decline in Ohio business during the past two years. He thinks the increasing prices of gasoline and natural gas in a slowing economy have had a "suppressing effect" on bingo play.

St. Joseph the Provider in the Youngstown suburb of Campbell is one of many churches that have stopped holding bingo nights. Bingo night used to draw up to 200 people, but in the past three years attendance has been too poor to justify the cost of running the games, said Chuck Zamary, who has helped with the church's bingo for the past two decades.

The proceeds had been used to keep tuition costs down at the parish school, he said.

Three years ago, the diocese declared that parish halls were part of parish schools and prohibited smoking during bingo as a result. The decline started after that, Zamary said.

Some bingo operators in Pennsylvania, which allows smoking during games, say Ohio players do leave the state to play. Paul Vanord, bingo manager for American Legion Post 299 in Sharon, Pa., said he has seen a significant increase in Ohio players since the Ohio smoking ban went into effect. Many come from Ohio's border cities like Hubbard and Niles, he said.

Bingo operators also attribute some of the decline to the emergence of electronic gaming machines such as Tic Tac Fruit in bars and other businesses, and the lure of both higher bingo payoffs and gambling resorts across state lines in West Virginia and Pennsylvania.

Sferra noted that in Pennsylvania, where Bingo jackpots are higher, his business has declined far less, down 5 percent in the past two years.

Zamary said the smoking ban was a contributing factor in the end of bingo at St. Joseph's, but other developments, including the rapidly declining economy in Youngstown, also played a role. "You can't blame it all on no-smoking."

Other problems with maintaining the games include increases in the cost of utilities and advertising, and larger jackpot payoffs in an effort to attract players.

"It's not just us," Zamary said of St. Joseph's loss of bingo business. "You're going to see more that have to close."



Wanda Price, Florence, is helping her friend in Ludlow pick leaves off of her trees. This is a yearly event for the friends. This way, the pesky leaves don't have to be raked out of her landscaping.

JOE MUNSON/The Post



Read Rick Bird. Only in The Post. Your hometown daily newspaper.
Call 651-4500 for home delivery.

## Your Community Needs You.

"By 2015, 9 of 10 jobs will require education beyond high school. Currently, only 3 of 10 adults in Northern Kentucky have a 2-year degree or higher."

— Bureau of Labor Statistics and American Community Survey

## Become a Champion for Education; Attend the first ever Northern Kentucky Education Summit on November 14.

Log onto:

www.nkychampionsforeducation.org

# Ohio Rep. Hobson to join ranks of retired politicians

**By David Espo**
Associated Press

WASHINGTON — Rep. David Hobson, a nine-term Republican from Springfield, Ohio, announced plans to retire Sunday, the 12th member of his party to do so since the beginning of the year.

"I wanted to go out on top," said Hobson, who said his health is good. He would have faced token opposition at best had he sought a new term.

The 71-year-old Hobson became the third member of the Ohio delegation to announce retirement plans. Canton-area Rep. Ralph Regula, who has been in Congress since 1973, announced Friday he will not run again. Rep. Deborah Pryce, who narrowly won re-election in her Columbus-area district in 2006, said in August that her current term will be her last.

Republican state Sen. David Austria said he would announce on Monday his candidacy for the Republican-leaning, west-central Ohio seat, which Hobson won 65 percent of the vote in 2004 and 60 percent in 2006. President Bush won the district with 57 percent in 2004.

"My plans are to run and to continue to get Dave's advice and continue his projects," Austria said. "Dave has been a mentor to me through my service in public office. He'll be missed."

Hobson's announcement was not a surprise, Ohio GOP Chairman Bob Bennett said. Pryce, Regula and Hobson have given the party and potential candidates plenty of lead time to prepare for next year's elections, he said.

The district could be competitive in 2008, and the Ohio Democratic Party is talking to several candidates, state party spokesman Randy Borntrager said.

"Congressman Hobson served his country honorably, but the state and the country want change and a new direction," he said.

Hobson served two terms from his district before Republicans

1994. His seniority soon enabled him to become one of the so-called cardinals, chairmen of Appropriations subcommittee with great authority over selected programs. He served as chairman of the panel with jurisdiction over military housing, then over energy and water programs until Democrats gained their majority last year.

## No Experience? No Problem.

- Company-provided CDL training for qualified candidates
- New higher pay packages
- Nearly 2/3 of Schneider drivers get home daily or weekly

schneiderjobs.com
1-800-44-PRIDE • 1-800-447-7433

SCHNEIDER NATIONAL.

Legal Notice

## Safe Auto Insurance Policyholders in Kentucky:
### A Proposed Class Action Settlement May Affect Your Rights.

A Settlement has been proposed in a class action lawsuit involving Safe Auto Insurance Company. The name of the case is *Nichols v. Progressive Direct Insurance Company*, No. 06-CVI-146 (DLB). This notice is a summary of your rights. To get complete information, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760.

**What is this Case About?**
The lawsuit claims that Safe Auto Insurance Company paid a number of other insurance companies in Kentucky collected from their policyholders local taxes that were either not owed or were at rates higher than permitted. The lawsuit seeks damages dating back to June 22, 2001.

The Settling Defendant is Safe Auto. There are other defendants in the lawsuit that have not settled yet. The lawsuit will continue against those defendants. Safe Auto denies all claims of wrongdoing and agreed to the Proposed Settlement to avoid the further expense, inconvenience and burden of this lawsuit.

**Who is a Class Member?**
You are a Member of the Settlement Class if:
- You are an individual or corporation in Kentucky who purchased insurance from Safe Auto, and
- You paid local government taxes on your payments of premiums that were either not owed or at rates higher than permitted.

**What Are the Terms of the Proposed Settlement?**
Safe Auto has agreed to establish a Settlement Fund of $2,512,000. If you submit a timely and valid Claim Form, you will be eligible to receive a full refund of any overpaid taxes. If you are a current Safe Auto policyholder, you will automatically get back any taxes you overpaid in the last 24 months – even if you do not complete a Claim Form. Safe Auto has the right to issue these refunds in the form of a credit to your existing account. Refunded amounts will include 8% interest.

If the Fund does not have enough money to pay back all refunds in full, all refunds will be reduced proportionately.

**Who Represents Me?**
The Court has appointed attorneys to represent the Class. Class Counsel will request the Court to award attorneys' fees in an amount not to exceed $595,000 and an incentive payment to the Class Representative of $1,500. These fees will be deducted from the Fund. You may have your own attorney if you wish. However, you will be responsible for your attorney's fees and expenses.

**What Are My Rights?**
- If you wish to remain a member the Class, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue Safe Auto for any claims covered by the Proposed Settlement. If you stay in the Class, you can file a Claim.
- You can file a Claim for a full refund of overpaid taxes if you remain in the Class. To make a claim you must complete a Claim Form and mail it to the Claims Administrator as explained in the full Notice. Your Claim Form must be postmarked no later than December 15, 2007.
- If you do not wish to be a member of the Class, you must sign and send a letter asking to be excluded as outlined in the full Notice. The letter must be postmarked no later than November 26, 2007.
- You or your lawyer can tell the Court if you do not like the Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is postmarked no later than November 26, 2007, as outlined in the full Notice.

For complete information on how to file a claim, exclude yourself or object, visit www.KentuckySafeAutoSettlement.com or call 1-800-890-2760 to get the full Notice.

**Will the Court Approve The Proposed Settlement?**
The Court will hold a Fairness Hearing to determine if the Proposed Settlement is fair, reasonable and adequate, and to consider the motion for attorneys' fees and expenses on January 29, 2008, at 10:00 a.m. in Courtroom 4W, United States District Court for Eastern District of Kentucky, 35 West Fifth Street, Covington, KY 41011.

**For More Information and to obtain the full Notice or a Claim Form**
**Visit: www.KentuckySafeAutoSettlement.com or call: 1-800-890-2760**



## SAVINGS WITH A TWIST

**Duke Energy.**



Bulbs as low as 99¢
AFTER INSTANT REBATE



## Light up your life — for less!

ENERGY STAR® qualified compact fluorescent light bulbs (CFLs) save you money and help protect the environment at the same time. Make your next light bulb an ENERGY STAR. Change a light, and change the world.

**ENERGY STAR® Qualified CFLs:**
- Use up to 75% less energy
- Last up to 10 times longer
- Save on average $30 or more in energy costs over the life of each CFL
- Contribute to a cleaner environment while saving energy and money

**Eligible CFLs are available at:**

Florence Hardware
7110 Dixie Highway
Florence, KY
(859) 525-1464

Klingenberg's Hardware & Paint
26 W 7th Street
Covington, KY
(859) 431-0922

Klingenberg's Hardware & Paint
3916 Winston Avenue
Covington, KY
(859) 491-3002

Klingenberg's Hardware & Paint
400 W 11th Street
Newport, KY
(859) 261-6910

Pilot Lumber Do-It-Center
238 Grandview Avenue
Bellevue, KY 41073
(859) 491-0100

Pilot Lumber Do-It-Center
302 Washington Street
Alexandria, KY
(859) 635-2125

Snell's Do It Best Hardware
2180 Dixie Highway
Fort Mitchell, KY
(859) 331-6776

Zimmer Hardware
537 Pike Street
Covington, KY
(859) 431-4741

For more information or a complete list of participating retailers, call 800.573.3503.

Under 12 bulbs per customer, while supplies last. Offer valid October 1, 2007 through December 31, 2007 at participating locations. Offer available to Kentucky Duke Energy electric customers only. Instant Cash Back Rebates sponsored by Duke Energy.
© 2007 Focus on Energy 06-0264/02

800.573.3503
www.duke-energy.com