UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
*Electronically Filed*

| | |
|---|---|
| JAMES D. NICHOLS, ET AL.<br>**Plaintiffs**<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, ET AL.<br><br>**Defendants** | )<br>)<br>)<br>)<br>)       CASE NO. 2:06-cv-146 (DLB)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF CHRISTOPHER S. NORDLOH, ESQ.
IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES IN CONNECTION WITH
SAFE AUTO SETTLEMENT AGREEMENT**

Comes now the Affiant, Christopher S. Nordloh, and under of penalty of perjury, states as follows:

1. I am the sole member of **NORDLOH LAW OFFICE, PLLC** and submit this Certification in support of the application for an award of attorney's fees and reimbursement of expenses in connection with legal services rendered to Plaintiff, Jamie Brown, and the Class she represents in the above-captioned litigation against the Defendant, Safe Auto Insurance Company ("Safe Auto").

2. I am co-counsel for the putative class in connection with the above-captioned litigation, generally, and one of Class Counsel for the Settlement Class that is represented by

1

Class Representative Jamie Brown against Safe Auto with regard to the collection of Kentucky local government insurance premium taxes.

3. A summary of contemporaneous time records regularly prepared and maintained by the undersigned shows that, as of this date, I have expended **805** hours in connection with the litigation in general, of which **71.5** hours, have been expended specifically on the litigation between Plaintiff Jamie Brown and Safe Auto. Of the remaining 733.50 hours spent in the litigation not related specifically to Safe Auto, approximately 5% or (36.67 hours) of those may generally and conservatively be attributed to Safe Auto, since Safe Auto is one of the twenty (20) defendants in the consolidated action. In total, I have compiled approximately **108** hours related to the litigation against Safe Auto as of this date. The contemporaneous and itemized records from which this Certification was prepared are not attached but are available for an *in camera* inspection if so required and requested by the Court.

4. As co-counsel for the putative class and one of Class Counsel for the Settlement Class, I was directly involved in performing the following tasks: factual investigation of claims; interviewing and consulting with named Plaintiffs and other prospective clients; legal research; drafting and revision of Complaints and Amended Complaints; legal research in connection with and drafting of Motion(s) to Remand; legal research in connection with and drafting of responses to numerous motions to dismiss; coordinating and consulting with expert/fact witnesses regarding use of technology as a litigation tool; coordinating and preparing for meetings of consulting expert/fact witnesses and the Kentucky Office of Insurance; review of documents obtained through Open Records Act requests from the Kentucky Office of Insurance and various municipalities, including travel time to and from Frankfort, KY and other municipalities for such inspections; prepare and revise written discovery requests to Defendants; document review;

receive, review, and seek supplementation of discovery responses prepared by all Defendants; attend depositions of selected Plaintiffs; numerous conferences and correspondence between and among counsel for Defendant Safe Auto, and Class Counsel, regarding prospective settlement; attorney review and summary of Safe Auto's data and damages; legal research on settlement-related issues, including pre-judgment interest and common fund procedures; drafting and review of settlement documents and agreements; and coordinating the settlement process via inquiries from Class Members.

5. Legal services contracts between **NORDLOH LAW OFFICE, PLLC**, and its plaintiff clients are primarily contingency fee agreements. The nature of contingency fees is that they are inherently uncertain and require counsel to assume more risk than cases where compensation is based on billable hours. Accordingly, the percentage of fee applied to the total recovery obtained for the client reflects the uncertain nature of contingency fee agreements and the fee percentage is generally **33.33%** of the total recovery and can be higher where risk and likely case expenses are expected to be relatively high. The fee percentage is always in addition to case expenses incurred in furtherance of the clients' cases. In the few cases where plaintiff clients request an alternative to a contingency fee agreement, my billable hour rate is **$350.00 per hour** in addition to case expenses.

6. In addition to the time spent litigating the merits of this case, **NORDLOH LAW OFFICE, PLLC**, has incurred three thousand seven hundred fifty one dollars and 23 cents ($3,751.23) in case expenses related exclusively to the Safe Auto claims and settlement;

7. The litigation of this matter has been a pervasive presence in the day-to-day practice of **NORDLOH LAW OFFICE, PLLC**, with several hours each day regularly devoted

to some aspect of this litigation. As a result, the undersigned has declined other business opportunities and not sought new business so that the appropriate focus and resources can be committed to this litigation.

8. Attached hereto a summary description of the undersigned's practice areas and Courts in which I have been admitted since 1994. I am in good standing in each of these Courts.

**Further the Affiant Sayeth Naught:**

_____
CHRISTOPHER S. NORDLOH
Nordloh Law Office, PLLC


**COMMONWEALTH OF KENTUCKY**    )
**COUNTY OF KENTON**    )

         11th   Subscribed, sworn to, and acknowledged before me by Christopher S. Nordloh this ____ day of January, 2008.


My Commission Expires: 1/20/10     _____
Notary Public, State at Large (KY)