UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | | |
|---|---|---|
| JAMES D. NICHOLS, ET AL. | ) | *Electronically Filed* |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06cv146 (DLB) |
| PROGRESSIVE DIRECT INSURANCE COMPANY, ET AL., | ) | |
| Defendants. | ) | |

I, JOHN C. WHITFIELD, being competent to testify, make the following declaration based on my personal knowledge and the record of my law firm:

1. I am a member of Whitfield & Cox. I am submitting this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered to the Plaintiffs and the Class and the reimbursement of expenses incurred by my firm in the course of litigation.

2. Whitfield & Cox acts as one of the co-counsel for the putative class in connection with the above-captioned litigation, generally, and as Co-Class Counsel for the Settlement Class, specifically, between Plaintiff Jamie Brown as Class Representative and Defendant Safe Auto, with regard to the collection of Kentucky local government insurance premium taxes from Plaintiff Brown and others, which Plaintiffs have claimed were not due and owing.

3. Together with the other Class Counsel, we researched the factual basis for the claims advanced; formulated and researched the legal theories for relief; and conducted factual

---

DECLARATION OF JOHN C. WHITFIELD, ESQ. IN SUPPORT OF APPLICATION
FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

1

and legal research. Our firm also was also involved in the negotiation of the settlement of with Safe Auto.

4.  The chart attached hereto as Exhibit 1 is a summary of time spent by the attorneys of my firm on this litigation, and the lodestar calculation based on my firm's current billing rates. The chart includes the name of each attorney who has worked on the matter, the current hourly billing rate and the hours expended by each attorney. The chart was prepared from contemporaneous time records prepared by my firm which are available for submission to this Court at its request.

5.  The total number of hours spent on this litigation by my firm from the inception of the case through the present is 20 hours. The total lodestar for attorney time based on the firm's current rates is $ 295. The hourly rates in the chart, Exhibit 1, are the same rates which have been accepted and approved in other complex contingent class action litigation.

6.  I declare under penalty of perjury and the laws of the Commonwealth of Kentucky that the foregoing is true and correct.

Date: January 8, 2008      By: _____
                               John C. Whitfield

# EXHIBIT 1

## ATTORNEY TIME REPORT
## FOR WHITFIELD & COX

| NAME | RATE | HOURS | LODESTAR |
|---|---|---|---|
| John C. Whitfield | $ 295 | 20 | $ 5,900 |
| TOTAL | | | |